ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| ANDREA HOLLINGSWORTH, an individual; A.R.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth; and A.D.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, Nevada, a Municipal Corporation; JACQUELINE GRAVATT, in her official capacity as Chief of the North Las Vegas Police Department; MICHAEL L. ROSE, an individual; ERIC SPANNBAUER, an individual; DOES I -X,<br><br>Defendants. | CASE NO. 2:21-cv-2230-JAD-NJK<br><br>**CITY OF NORTH LAS VEGAS, ACTING CHIEF JACQUELINE GRAVATT, OFFICER MICHAEL L. ROSE AND OFFICER ERIC SPANNBAUER'S STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT** |

COME NOW, the parties, by and through their undersigned counsel of record and hereby stipulate and agree that the time for CITY OF NORTH LAS VEGAS ("CNLV"), North Las Vegas Police Department Acting Chief JACQUELINE GRAVATT and North Las Vegas Police Department Officers MICHAEL L. ROSE and ERIC SPANNBAUER to file their response to Plaintiffs' Complaint, said response being due on March 1, 2022, be extended until March 31, 2022.

4858-6846-7473.1

**Reason for Extension**

Because of the complexity of the claims made in Plaintiffs' Complaint, Defendants require additional time to perform an investigation prior to filing a responsive pleading. This stipulation is made in good faith and not for the purpose of delay.

This is the first extension of time requested by counsel for filing Defendants' response to Plaintiffs' Complaint.

| | |
|---|---|
| Dated this 25th day of February, 2022. | Dated this 25th day of February, 2022. |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | MCLETCHIE LAW |
| */s/ Robert W. Freeman* <br> ROBERT W. FREEMAN <br> Nevada Bar No. 3062 <br> E. MATTHEW FREEMAN <br> Nevada Bar No 14198 <br> 6385 S. Rainbow Blvd., Suite 600 <br> Las Vegas, Nevada 89118 <br> *Attorney for Defendants* | */s/ Margaret A. McLetchie* <br> MARGARET A. MCLETCHIE <br> Nevada Bar No. 10931 <br> LEO S. WOLPERT <br> Nevada Bar No. 12658 <br> 602 South Tenth Street <br> Las Vegas, Nevada 89101 <br><br> LEAH WIEDERHORN <br> BRITTANY SHRADER <br> NATIONAL ASSOCIATION OF THE DEAF <br> 8630 Fenton Street, Suite 820 <br> Silver Spring, MD 20910-3819 <br> *Admitted Pro Hac Vice* <br><br> *Attorneys for Plaintiffs* |

**ORDER**

IT IS SO ORDERED.

Dated:  February 28, 2022

_____
United States Magistrate Judge