ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT DISTRICT

## OF NEVADA

| | |
|---|---|
| ANDREA HOLLINGSWORTH, an individual; A.R.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth; and A.D.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF NORTH LAS VEGAS, Nevada, a Municipal Corporation; JACQUELINE GRAVATT, in her official capacity as Chief of the North Las Vegas Police Department; MICHAEL L. ROSE, an individual; ERIC SPANNBAUER, an individual; DOES I -X, <br><br> Defendants. | CASE NO. 2:21-cv-2230-JAD-NJK <br><br> **STIPULATION AND ORDER TO STAY THE CASE PENDING THE OUTCOME OF PRIVATE MEDIATION** <br><br><br> ECF No. 21 |

COME NOW the parties, by and through their undersigned counsel of record and hereby stipulate and agree and make joint application to stay certain discovery and pre-trial deadlines in this matter while the Parties engage in mediation (the "Mediation").

Good cause exists to stay the current responsive pleading deadline in this matter. Specifically, the Parties have scheduled a Mediation for June 16, 2022**,** which was the earliest date that the Parties, their counsel, and the mediator were all available.  The stay of the case will allow

1  the parties to explore the possibility of resolution without incurring the time and expense of

2  ongoing litigation prior to the Mediation.

3        Within thirty (30) days after completion of the mediation, the Parties will submit a

4  Stipulation and Order reflecting resolution of some or all of the claims and/or advise the Court that

5  the Parties were unable to resolve the claims.  If necessary, the Stipulation and Order will include a

6  new deadline for Defendants' responsive pleading deadline.

7  Dated this 31st day of March, 2022.     Dated this 31st day of March, 2022.

8  LEWIS BRISBOIS BISGAARD & SMITH LLP    MCLETCHIE LAW

9  */s/ Robert W. Freeman*           */s/ Margaret A. McLetchie*
   ROBERT W. FREEMAN           MARGARET A. MCLETCHIE

10 Nevada Bar No. 3062            Nevada Bar No. 10931
   E. MATTHEW FREEMAN         LEO S. WOLPERT

11 Nevada Bar No 14198            Nevada Bar No. 12658
   6385 S. Rainbow Blvd., Suite 600    602 South Tenth Street

12 Las Vegas, Nevada 89118         Las Vegas, Nevada 89101
   *Attorney for Defendants*

13                                  LEAH WIEDERHORN
                                    BRITTANY SHRADER

14                                  NATIONAL ASSOCIATION OF THE DEAF
                                    8630 Fenton Street, Suite 820

15                                  Silver Spring, MD 20910-3819
                                    *Admitted Pro Hac Vice*

16                                  *Attorneys for Plaintiffs*

17

18                         **ORDER**

19       Based on this stipulation [21] and good cause appearing, IT IS ORDERED THAT THIS

20 ACTION IS STAYED pending private mediation.  Once that mediation is concluded, any party
   may move to lift this stay.

21

22                         _____

23                         U.S. District Judge Jennifer A. Dorsey
                           Dated: April 1, 2022

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4857-6192-5145.1                         2