MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: maggie@nvlitigation.com

LEAH WIEDERHORN (pro hac vice pending)
BRITTANY SHRADER (pro hac vice pending)
**National Association of the Deaf**
8630 Fenton Street, Suite 820
Silver Spring, MD 20910-3819
Email: anna.bitencourt@nad.org
*Counsel for Plaintiffs Andrea Hollingsworth, A.R.H., and A.D.H.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA HOLLINGSWORTH, an individual; A.R.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth; and A.D.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, Nevada, a Municipal Corporation; Jacqueline Gravatt, in her official capacity as Chief of the North Las Vegas Police Department; MICHAEL L. ROSE, an individual; ERIC SPANNBAUER, an individual; DOES I – X,<br><br>Defendants. | Case. No.: 2:21-cv-02230-CDS-NJK<br><br>**PARTIES' STATUS REPORT** |

This Joint Status Report is hereby submitted by the Parties pursuant to the Amended Stipulation and Order to Stay the Case Pending the Outcome of Private Mediation (the "Stay

1

Order," ECF No. 28).

A private mediation was held on November 3, 2022, but the Parties were unable to reach resolution. Pursuant to the Stay Order, the Parties will meet and confer and submit a Fed. R. Civ. P. 26(f) report and proposed discovery plan and case schedule within twenty-one (21) days of today, i.e. no later than November 24, 2022.

Dated this 4th day of November 2022.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ *Robert W. Freeman*
ROBERT W. FREEMAN
Nevada Bar No. 3062
E. MATTHEW FREEMAN
Nevada Bar No 14198
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendants*

Dated this 4th day of November, 2022.

MCLETCHIE LAW

/s/ *Margaret A. McLetchie*
MARGARET A. MCLETCHIE
Nevada Bar No. 10931
LEO S. WOLPERT
Nevada Bar No. 12658
602 South Tenth Street
Las Vegas, Nevada 89101

LEAH WIEDERHORN
BRITTANY SHRADER
NATIONAL ASSOCIATION OF THE DEAF
8630 Fenton Street, Suite 820
Silver Spring, MD 20910-3819
*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

### ORDER

Based on the parties' status report [30] and good cause appearing, IT IS ORDERED that the STAY IS LIFTED. IT IS FURTHER ORDERED that the parties will meet and confer and submit a Fed. R. Civ. P. 26(f) report and proposed discovery plan and case schedule no later than November 24, 2022.

_____
U.S. DISTRICT JUDGE
Dated: November 7, 2022