MARGARET A. MCLETCHIE, Nevada Bar No. 10931
PIETER M. O'LEARY, Nevada Bar No. 15297
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: maggie@nvlitigation.com

LEAH WIEDERHORN (*pro hac vice*)
BRITTANY SHRADER (*pro hac vice*)
**NATIONAL ASSOCIATION OF THE DEAF**
8630 Fenton Street, Suite 820
Silver Spring, MD 20910-3819
Email: leah.wiederhorn@nad.org; brittany.shrader@nad.org
*Counsel for Plaintiffs Andrea Hollingsworth, A.R.H., and A.D.H.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA HOLLINGSWORTH, an individual; A.R.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth; and A.D.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>CITY OF NORTH LAS VEGAS, Nevada, a Municipal Corporation; JACQUELINE GRAVATT, in her official capacity as Chief of the North Las Vegas Police Department; MICHAEL L. ROSE, an individual; ERIC SPANNBAUER, an individual; DOES I – X,<br><br>                    Defendants. | **Case No.:** 2:21-cv-02230-CDS-NJK<br><br><br><u>**ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES (FOURTH REQUEST)**</u> |

/ / /

/ / /

/ / /

Plaintiffs Andrea Hollingsworth, A.R.H., and A.D.H. ("Plaintiffs"), by and through their attorneys of record, Margaret A. McLetchie, Pieter M. O'Leary, and Leo S. Wolpert, with the law firm of McLetchie Law, Leah Wiederhorn, and Brittany Shrader of the National Association of the Deaf, and Defendants, the City of North Las Vegas, Jacqueline Gravatt, Michael L. Rose, and Eric Spannbauer (collectively "Defendants"), by and through their attorneys of record, Robert W. Freeman , Frank A. Toddre, Matthew E. Freeman, with the law firm of Lewis Brisbois Bisgaard & Smith, LLP (collectively "the Parties"), hereby stipulate and agree to extend the Discovery Plan and Scheduling Order deadlines an additional sixty (60) days. This Stipulation is being entered in good faith and not for purposes of delay. This is the fourth request for an extension in this matter.

I.      **STATUS OF DISCOVERY.**

        **A.      PLAINTIFFS' DISCOVERY**

1.      Plaintiffs' Initial Disclosures and Production of Documents Pursuant to Fed. R. Civ. P. 26.1, dated December 2, 2022;

2.      Plaintiffs' Interrogatories to Defendant City of North Las Vegas – Set One, dated March 2, 2023;

3.      Plaintiffs' Requests for Admission to Defendant City of North Las Vegas – Set One, dated March 2, 2023;

4.      Plaintiffs' Requests for Production of Documents to Defendant City of North Las Vegas - Set One, dated March 2, 2023;

5.      Plaintiffs' First Supplement to Disclosures and Production of Documents Pursuant to Fed. R. Civ. P. 26.1, dated March 2, 2023;

6.      Plaintiff Andrea Hollingsworth's Responses to Defendants' Requests for Admission - Set One, dated March 22, 2023.

7.      Plaintiff Andrea Hollingsworth's Responses to Defendants' Interrogatories - Set One, dated March 22, 2023.

8.      Plaintiff Andrea Hollingsworth's Responses to Defendants' Request for Production of Documents - Set One, dated March 22, 2023;

9. Plaintiffs' Second Supplement to Disclosures and Production of Documents Pursuant to Fed. R. Civ. P. 26.1, dated April 24, 2023;

10. Plaintiff Andrea Hollingsworth's Requests for Production to Defendant City of North Las Vegas - Set Two, dated April 24, 2023;

11. Plaintiff Andrea Hollingsworth's Requests for Admission to Defendant Michael L. Rose - Set One, dated April 24, 2023;

12. Plaintiff Andrea Hollingsworth's Requests for Production to Defendant Michael L. Rose - Set One, dated April 24, 2023;

13. Plaintiff Andrea Hollingsworth's Interrogatories to Defendant Michael L. Rose - Set One, dated April 24, 2023;

14. Plaintiff Andrea Hollingworth's First Supplemental Responses to Defendants' Request for Production of Documents - Set One, dated April 24, 2023;

15. Plaintiff Andrea Hollingsworth's Request for Admission to Defendant Eric Spannbauer - Set One, dated April 27, 2023;

16. Plaintiff Andrea Hollingsworth's Request for Production to Defendant Eric Spannbauer - Set One, dated April 27, 2023;

17. Plaintiff Andrea Hollingsworth's Interrogatories to Defendant Eric Spannbauer - Set One, dated April 27, 2023;

18. Plaintiffs' Third Supplement to Disclosures and Production of Documents Pursuant to Fed. R. Civ. P. 26.1, dated May 10, 2023;

19. Plaintiff A.D.H.'s Interrogatories to Defendant City of North Las Vegas – Set One, dated May 18, 2023;

20. Plaintiff A.D.H.'s Requests for Admission to Defendant City of North Las Vegas – Set One, dated June 27, 2023;

21. Plaintiffs' Fourth Supplement to Disclosures and Production of Documents Pursuant to Fed. R. Civ. P. 26.1, dated June 27, 2023.

**B.    DEFENDANTS' DISCOVERY**

1. Defendants' Initial List of Witnesses and Documents Pursuant to Fed. R.

Civ. P. 26.1 dated December 2, 2022;

2.      Defendants' First Supplement to List of Witnesses and Documents Pursuant to Fed. R. Civ. P. 26.1, dated February 3, 2023;

3.      Defendants' Interrogatories to Plaintiff Andrea Hollingsworth (Set One), dated February 3, 2023;

4.      Defendants' Requests for Production of Documents to Plaintiffs (Set One), dated February 3, 2023;

5.      Defendants' Requests for Admission to Plaintiffs (Set One), dated February 3, 2023;

6.      Defendants' Second Supplement to List of Witnesses and Documents Pursuant to Fed. R. Civ. P. 26.1, dated March 20, 2023;

7.      Defendants' Third Supplement to List of Witnesses and Documents Pursuant to Fed. R. Civ. P. 26.1, dated April 20, 2023;

8.      Defendant City of North Las Vegas' Responses to Plaintiff Andrea Hollingsworth Request for Admission (Set One), dated April 20, 2023;

9.      Defendant City of North Las Vegas' Response to Plaintiff Andrea Hollingsworth Request for Production of Documents (Set One), dated April 20, 2023;

10.     Defendant City of North Las Vegas's Answers to Plaintiff Andrea Hollingsworth's Interrogatories (Set One), dated April 20, 2023;

11.     Defendant Officer Michael L. Rose's Responses to Plaintiff Andrea Hollingsworth's Requests for Admission – Set One, dated May 24, 2023;

12.     Defendant Officer Michael L. Rose's Responses to Plaintiff Andrea Hollingsworth's Requests for Production – Set One, dated May 24, 2023;

13.     Defendant Officer Michael L. Rose's Responses to Plaintiff Andrea Hollingsworth's Interrogatories – Set One, dated May 24, 2023;

14.     Defendant Officer Eric Spannbauer's Responses to Plaintiff Andrea Hollingsworth's Requests for Admission – Set One, dated May 25, 2023;

15.     Defendant Officer Eric Spannbauer's Responses to Plaintiff Andrea

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

Hollingsworth's Requests for Production – Set One, dated May 25, 2023;

16.     Defendant Officer Eric Spannbauer's Answers to Plaintiff Andrea Hollingsworth's Interrogatories – Set One, dated May 25, 2023;

17.     Defendant City of North Las Vegas's Responses to Plaintiff Andrea Hollingsworth's Requests for Production – Set Two, dated June 7, 2023;

18.     17.     Defendant City of North Las Vegas's Supplemental Responses to Plaintiff Andrea Hollingsworth's Requests for Production – Set One, dated August 1, 2023

19.     Defendants' Fourth Supplement to List of Witnesses and Documents Pursuant to Fed. R. Civ. P. 26.1, dated June 7, 2023;

20.     Defendant's Fifth Supplement to list of Witnesses and Documents Pursuant to Fed. R. Civ. P. 26.1, dated July 19, 2023;

21.     Defendant's Sixth Supplement to list of Witnesses and Documents Pursuant to Fed. R. Civ. P. 26.1, dated July 27, 2023;

22.     Defendant's Seventh Supplement to list of Witnesses and Documents Pursuant to Fed. R. Civ. P. 26.1, dated August 8, 2023;

23.     Defendant's Eighth Supplement to list of Witnesses and Documents Pursuant to Fed. R. Civ. P. 26.1, dated August 11, 2023;

24.     Defendant's Ninth Supplement to list of Witnesses and Documents Pursuant to Fed. R. Civ. P. 26.1, dated August 24, 2023.

## II.     DISCOVERY THAT REMAINS TO BE COMPLETED.

The Parties are actively conducting discovery. The Parties are meeting and conferring regarding discovery responses and also are supplementing discovery responses.

Plaintiffs need additional time to review the documents produced by Defendants, including in the multiple additional supplements to initial disclosures by Defendants. These supplements include further body worn camera (BWC) footage and copies of prior BWC footage that require careful review and/or transcription, and review by experts.

Plaintiffs have also reached out to Defendants regarding possible dates for depositions, which they intend to schedule for late October and early November.

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

The Parties' primary remaining discovery tasks include: (1) addressing any remaining meet and confer issues and finishing written discovery; ((2) scheduling of depositions; and (3) expert discovery. Further, the Parties intend to save resources by having any expert disclosures follow the completion of fact discovery, to avoid the time and expense related to supplementing reports.

### III.    SPECIFIC DESCRIPTION OF WHY EXTENSION IS NECESSARY.

This is the fourth request for an extension of discovery deadlines in this matter. The Parties request that the Discovery Plan and Scheduling Order deadlines be extended an additional sixty (60) days so that the Parties may complete the tasks above.

The Parties acknowledge that, pursuant to Local Rule 26-3, a stipulation to extend a deadline set forth in a discovery plan must be submitted to the Court no later than twenty-one (21) days before the expiration of the subject deadline, and that a request made within twenty-one (21) days must be supported by a showing of good cause. Here, almost all of the deadlines the Parties seek to extend are outside of the twenty-one (21) day window, the deadline for initial exert disclosures, however, is within the twenty-one (21) day window. Thus, the Parties must establish that good cause exists to extend these deadlines. Pursuant to Local Rule 26-3, the Parties submit that good cause exists for the extension requested.

The Parties have been diligently conducting discovery and engaged in extensive meet and confer efforts (reflected in the multiple updates to written discovery) that they hope will avoid the need for motion practice, but an extension is needed to efficiently continue to conduct discovery, analyze the information provided, and manage the case. The Parties are resolving issues and meeting and conferring regarding related issues.

Additionally, Plaintiffs are working to schedule depositions.  However, they wish to ensure that they obtain all needed written discovery from Defendants before doing so,

Plaintiffs need additional time to address these outstanding issues, propound any additional discovery, and take depositions. Further, as noted above, an extension would provide ample time for their expert to review the produced documents and prepare expert

disclosures. The Parties contend that it is more efficient to allow further discovery to be completed before initial expert disclosures to minimize the need for supplementation.

Finally, the Parties together request this in good faith and to further the resolution of this complicated case on the merits, and not for any purpose of delay.

There is thus good cause for the extension. "Good cause to extend a discovery deadline exists 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Derosa v. Blood Sys., Inc.*, No. 2:13-cv-0137-JCM-NJK, 2013 U.S. Dist. LEXIS 108235, 2013 WL 3975764, at 1 (D. Nev. Aug. 1, 2013) (quoting *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)); *see also* Fed. R. Civ. P. 1 (providing that the Rules of Civil Procedure "should be construed, administered, and employed by the court and the Parties to secure the just, speedy, and inexpensive determination of every action and proceeding"). The Parties have been diligent in litigating this matter. Thus, the standard to extend all deadlines is satisfied here.

Based on the foregoing stipulation and proposed deadlines plan, the Parties thus respectfully request an extension of time to extend the discovery in this matter to enable to them to conduct necessary discovery in this matter and so that this matter is fairly resolved on the merits.

## IV. SCHEDULE FOR COMPLETING ALL REMAINING DEADLINES

| Deadline | Current Deadline | Proposed New Deadline |
|---|---|---|
| Amend Pleadings and Add Parties | February 7, 2022 | unchanged |
| Initial Expert Disclosures | October 5, 2023 | **December 4, 2023** |
| Rebuttal Expert Disclosures | November 7, 2023 | **January 6, 2024[1]** |
| Discovery Cut-Off | December 5, 2023 | **February 3, 2024[2]** |

[1] Sixty (60) days from November 7, 2023, is Saturday, January 6, 2024.
[2] Sixty (60) days from December 5, 2023, is Saturday, February 3, 2024

| Dispositive Motions | January 3, 2024 | **March 3, 2024[3]** |
| --- | --- | --- |
| Joint Pretrial Order | February 5, 2024 | **April 5, 2024**<br>**(If dispositive motions are filed,**<br>**the deadline for shall be**<br>**suspended until thirty (30) days**<br>**after the decision of the**<br>**dispositive motions or further**<br>**order of the Court.)** |

Based on the foregoing stipulation and proposed deadlines plan, the Parties request that the Discovery Plan and Scheduling Order deadlines be extended an additional sixty (60) days so that the parties may conduct necessary discovery.

///

///

### ORDER

///

**The Court reminds the parties that they must conduct discovery diligently.  Given the lengthy discovery period, the Court is not inclined to grant further extensions.**

///

IT IS SO ORDERED.
Dated: September 26, 2023

///

///

_____
Nancy J. Koppe
United States Magistrate Judge

///

///

///

///

///

---

[3] Sixty (60) days from January 3, 2024, is Sunday, March 3, 2024

DATED this 25th day of September, 2023.

**MCLETCHIE LAW**

By: /s/ *Margaret A. McLetchie*
    MARGARET A. MCLETCHIE,
    Nevada Bar No. 10931
    PIETER M. O'LEARY,
    Nevada Bar No. 15297
    LEO S. WOLPERT,
    Nevada Bar No. 12658
    **MCLETCHIE LAW**
    602 South Tenth Street
    Las Vegas, Nevada 89101
    Telephone: (702) 728-5300
    Fax: (702) 425-8220
    Email: maggie@nvlitigation.com

    LEAH WIEDERHORN (*pro hac vice*)
    BRITTANY SHRADER (*pro hac vice*)
    **NATIONAL ASSOCIATION OF THE DEAF**
    8630 Fenton Street, Suite 820
    Silver Spring, MD 20910-3819
    Email: leah.wiederhorn@nad.org;
        brittany.shrader@nad.org;

    *Counsel for Plaintiffs Andrea Hollingsworth, A.R.H., and A.D.H.*

DATED this 25th day of September, 2023.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ *Frank A. Toddre, II*
    ROBERT W. FREEMAN
    Nevada Bar No. 3062
    Robert.Freeman@lewisbrisbois.com
    FRANK A. TODDRE, II
    Frank.Toddre@lewisbrisbois.com
    MATTHEW E. FREEMAN
    Nevada Bar No 14198
    Matt.Freeman@lewisbrisbois.com
    6385 S. Rainbow Blvd., Suite 600
    Las Vegas, Nevada 89118
    Telephone: (702) 893-3383
    Fax: (702) 893-3789
    *Attorneys for Defendants*