# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA HOLLINGSWORTH, *et al.*, | Case No.: 2:21-cv-02230-CDS-NJK |
| Plaintiffs, | **ORDER** |
| v. | |
| CITY OF NORTH LAS VEGAS, *et al.*, | |
| Defendants. | |

"A scheduling order is not a frivolous piece of paper, idly entered, which can be cavalierly disregarded by counsel without peril." *Johnson v. Mammoth Recs., Inc.*, 975 F.2d 604, 610 (9th Cir. 1992). As this Court recounted only a few weeks ago, "[t]he Ninth Circuit has repeatedly emphasized the importance of scheduling orders . . . and has made clear that Rule 16 scheduling orders must be taken seriously." Docket No. 50 at 1. The failure to abide by the Court's scheduling order may result in the imposition of sanctions. *See, e.g.*, Fed. R. Civ. P. 16(f)(1)(C); Local Rule IA 11-8(e).

The parties sought an extension of the discovery period on December 5, 2023. Docket No. 49. The Court found that the parties failed to diligently engage in discovery as it relates to the scheduling of depositions and completion of expert disclosures. Docket No. 50 at 2-3. In an effort for the case to be decided on the merits, however, the Court granted a 45-day extension subject to several caveats. *Id.* at 3. In relevant part, the Court stated that leniency will not be provided again. *Id*. Further, the Court ordered the parties to submit a stipulated schedule containing all remaining deposition dates by December 15, 2023. *Id*. Despite the Court's prior order, the parties now submit competing deposition schedules. *See* Docket Nos. 51, 52. That the parties have been unable to agree to a stipulated deposition schedule immediately after the Court emphasized the importance of scheduling orders and the need to diligently conduct discovery only heightens the concern that stems from this conduct. *See* Docket No. 50 at 2-3.

The Court gives the parties one final opportunity to comply with its prior order. No later than January 8, 2024, the parties must file a joint stipulated deposition schedule that complies in full with the requirements the Court set out in Docket No. 50. **Failure to fully comply with the order may result in sanctions**.

IT IS SO ORDERED.

Dated: December 28, 2023

_____
Nancy J. Koppe
United States Magistrate Judge