UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA HOLLINGSWORTH, *et al.*,<br>    Plaintiffs,<br>v.<br>CITY OF NORTH LAS VEGAS, *et al.*,<br>    Defendants. | Case No. 2:21-cv-02230-CDS-NJK<br><br>**ORDER**<br><br>[Docket No. 57] |

Pending before the Court is Plaintiff's unopposed motion to extend deadlines related to experts. Docket No. 57.

For good cause shown, the motion is **GRANTED**.[1] Docket No. 57. The deadlines are **RESET** as follows:

| | |
|---|---|
| Fact Discovery Cut-Off: | March 7, 2024 |
| Initial Experts: | March 29, 2024 |
| Rebuttal Experts: | April 12, 2024 |
| Expert Deposition Cut-Off: | April 26, 2024 |
| Dispositive Motions: | May 10, 2024 |
| Joint Pretrial Order: | June 3, 2024, 30 days after the resolution of dispositive motions, or further Court order. |

IT IS SO ORDERED.

Dated: January 12, 2024

                                        Nancy J. Koppe
                                        United States Magistrate Judge

---

[1] Any modification to the stipulated deposition schedule must fully comply with the Court's prior order at Docket No. 50.

1