**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREA HOLLINGSWORTH, an individual; A.R.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth; and A.D.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, Nevada, a Municipal Corporation; JACQUELINE GRAVATT, in her official capacity as Chief of the North Las Vegas Police Department; MICHAEL L. ROSE, an individual; ERIC SPANNBAUER, an individual; DOES I – X,<br><br>Defendants. | Case No.: 2:21-cv-02230-CDS-NJK<br><br>**ORDER GRANTING PARTIES' MOTION TO AMEND ORDER SCHEDULING DEPOSITIONS**<br><br>**(ECF No. 59)** |

Pursuant to this Court's Order (ECF No. 50), Plaintiffs Andrea Hollingsworth, A.R.H., and A.D.H. ("Plaintiffs"), by and through their attorneys of record, Margaret A. McLetchie, Pieter M. O'Leary, and Leo S. Wolpert, with the law firm of McLetchie Law,

Leah Wiederhorn, and Brittany Shrader of the National Association of the Deaf, and Defendants, the City of North Las Vegas, Jacqueline Gravatt, Michael L. Rose, and Eric Spannbauer (collectively "Defendants"), by and through their attorneys of record, Robert W. Freeman, Frank A. Toddre, Matthew E. Freeman, with the law firm of Lewis Brisbois Bisgaard & Smith, LLP (collectively "the Parties"), submitted a Joint Stipulated Deposition Schedule (ECF No. 55), which was approved by the Court (ECF No. 56, the "Deposition Scheduling Order").

In directing the Parties to submit the deposition schedule, the Court previously ordered that [t]he dates set therein cannot be modified by agreement of the parties without obtaining the Court's approval" (ECF No. 49). Plaintiffs; counsel previously requested that Defendants remove certain witnesses from their disclosures and/or provide further detail, which Defendants declined to do. Accordingly, Plaintiffs planned to take depositions of all the officer witnesses Defendants listed. However, in preparing for the deposition of Officer Hogan, scheduled for January 17, 2024 (ECF No.54), Plaintiffs' counsel, on January 15, 2024, determined that Officer Hogan, as suspected, would have little, if any, discoverable information[1]. The Parties met and conferred on January 15 and 16, and Defendants confirmed that they determined Officer Hogan was a trainee who heard the dispatch call and drove to the scene. Accordingly, the Parties agreed that they would not call Officer Hogan as a witness in this case and that the deposition should be vacated in order to save resources and avoid unnecessary fees and costs.

The Parties thus request that the Deposition Scheduling Order be amended accordingly and as follows:

| Deponent Name | Date |
|---|---|
| ~~Joseph Hogan~~ | ~~1/17/2024~~ |
| Bradley Wine | 1/18/2024 |
| Joshua Odoms | 1/22/2024 |

---

[1] While he was listed as responding to the scene, his body worn camera ("BWC") footage is very short, and all from the car, for example.

2

| Deponent Name | Date |
|---|---|
| Chris Miller | 1/24/2024 |
| Jonathan Ramirez | 1/25/2024[2] |
| Rochelle Hinojosa | 1/29/2024 |
| Yolanda Saip | 1/30/2024 |
| Jesenia Mangual | 2/7/2024 |
| Eric Spannbauer | 2/8/2024 |
| Michael Rose | 2/14/2024 |
| 30(b)(6) City of North Las Vegas | 2/20/2024[3] |
| A.R.H | 2/25/2024 |
| A.D.H. | 2/25/2024 |
| Andrea Hollingsworth | 2/26/2024-2/27/2024 |
| Latina Jones | 3/12/2024 |
| Jeff Beardsley | 3/14/2024 |
| Defendants' Expert | ~~3/18/2024~~[4] |
| Plaintiffs' Expert(s) | ~~3/19/2024~~ |

Dated this 16th day of January, 2024.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Robert W. Freeman
ROBERT W. FREEMAN
Nevada Bar No. 3062
FRANK A. TODDRE, II
Nevada Bar No. 11474
E. MATTHEW FREEMAN
Nevada Bar No 14198
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendants*

**IT IS SO ORDERED.**
Dated: January 17, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

Dated this 16th day of January, 2024.

MCLETCHIE LAW

/s/ Margaret A. McLetchie
MARGARET A. MCLETCHIE
Nevada Bar No. 10931
PIETER M. O'LEARY
Nevada Bar No. 12658
LEO S. WOLPERT
Nevada Bar No. 12658
602 South Tenth Street
Las Vegas, Nevada 89101

LEAH WIEDERHORN
BRITTANY SHRADER
NATIONAL ASSOCIATION OF THE DEAF
8630 Fenton Street, Suite 820

---

[2] As noted, Defendants only very recently provided Mr. Ramirez's address, and this date may need to be moved once Plaintiffs are able to reach him. The Parties will seek amendment of this order if necessary consistent with the Court's Order.

[3] Depending on number of designees, more than one (1) day may be required. the Parties will seek amendment of this order if necessary consistent with the Court's Order.

[4] These depositions will be rescheduled consistent with the Court's Order to address the recent modification to case scheduling (ECF No. 58).

Silver Spring, MD 20910-3819
*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*