1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

13
14
15
16
17
18
19
20
21
22
23
24

ANDREA HOLLINGSWORTH, an individual; A.R.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth; and A.D.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth,

   Plaintiffs,

   vs.

CITY OF NORTH LAS VEGAS, Nevada, a Municipal Corporation; JACQUELINE GRAVATT, in her official capacity as Chief of the North Las Vegas Police Department; MICHAEL L. ROSE, an individual; ERIC SPANNBAUER, an individual; DOES I – X,

   Defendants.

Case No.: 2:21-cv-02230-CDS-NJK

**ORDER GRANTING STIPULATION TO EXTEND PLAINTIFF'S TIME TO REPLY TO DEFENDANTS' OPPOSITION TO MOTION TO COMPEL**

**(FIRST REQUEST)**

25
26
27
28

   Pursuant to Pursuant to LR IA 6-1, Plaintiffs Andrea Hollingsworth, A.R.H., and

A.D.H. ("Plaintiffs"), by and through their attorneys of record, Margaret A. McLetchie,

Pieter M. O'Leary, and Leo S. Wolpert, with the law firm of McLetchie Law, Leah

Wiederhorn, and Brittany Shrader of the National Association of the Deaf, and Defendants, the City of North Las Vegas, Jacqueline Gravatt, Michael L. Rose, and Eric Spannbauer (collectively "Defendants"), by and through their attorneys of record, Robert W. Freeman, Frank A. Toddre, Matthew E. Freeman, with the law firm of Lewis Brisbois Bisgaard & Smith, LLP (collectively "the Parties"), hereby jointly stipulate as follows:

The Parties request an extension of time to reply to the Defendants' Opposition to Plaintiffs' Motion to Compel (ECF No. 61) to be extended from the current deadline of January 25, 2024, by two business days, from January 25, 2024, to Monday, January 29, 2024.

This request for an extension of time is not sought for any improper purpose or for the purpose of delay. This request for extension is based upon Plaintiffs' counsel's need to review documents just received from Defendants' counsel on January 25, 2024,[1] in which Defendants cite in responses to discovery at issue in the Motion to Compel. Thorough review of new documentation is needed prior to formulating an appropriate reply to defendant's Opposition to Plaintiffs' Motion to Compel (ECF No. 61).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Defendants believed they sent these on January 11, 2024, but they were not received by Plaintiffs until Plaintiffs requested them on January 24, 2024.

1

2        The parties respectfully request that this Court order the deadline extended as

3    stated above.

4    Dated this the 25th day of January, 2024.        Dated this the 25th day of January, 2024.

5
     LEWIS BRISBOIS BISGAARD &                 MCLETCHIE LAW
6    SMITH LLP

7    /s/ Frank A. Toddre                       /s/ Margaret A. McLetchie
8    ROBERT W. FREEMAN                          MARGARET A. MCLETCHIE
     Nevada Bar No. 3062                        Nevada Bar No. 10931
9    FRANK A. TODDRE, II                        PIETER M. O'LEARY
     Nevada Bar No. 11474                       Nevada Bar No. 12658
10   E. MATTHEW FREEMAN                         LEO S. WOLPERT
     Nevada Bar No 14198                        Nevada Bar No. 12658
11   6385 S. Rainbow Blvd., Suite 600           602 South Tenth Street
12   Las Vegas, Nevada 89118                    Las Vegas, Nevada 89101
     *Attorney for Defendants*
13
                                                LEAH WIEDERHORN
14                                              BRITTANY SHRADER
                                                NATIONAL ASSOCIATION OF THE
15                                              DEAF
                                                8630 Fenton Street, Suite 820
16                                              Silver Spring, MD 20910-3819
17                                              *Admitted Pro Hac Vice*

18                                              *Attorneys for Plaintiffs*

19

20

21                              **ORDER**

22       IT IS SO ORDERED.

23   Dated this 26 day of January, 2024.

24

25
                                     Nancy J. Koppe
26                                   United States Magistrate Judge

27

28


                                    3