**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREA HOLLINGSWORTH, an individual; A.R.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth; and A.D.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, Nevada, a Municipal Corporation; JACQUELINE GRAVATT, in her official capacity as Chief of the North Las Vegas Police Department; MICHAEL L. ROSE, an individual; ERIC SPANNBAUER, an individual; DOES I – X,<br><br>Defendants. | Case No.: 2:21-cv-02230-CDS-NJK<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S TIME TO REPLY TO DEFENDANTS' OPPOSITION TO MOTION TO COMPEL**<br><br>**(SECOND REQUEST)** |

Pursuant to Pursuant to LR IA 6-1, Plaintiffs Andrea Hollingsworth, A.R.H., and A.D.H. ("Plaintiffs"), by and through their attorneys of record, Margaret A. McLetchie, Pieter M. O'Leary, and Leo S. Wolpert, with the law firm of McLetchie Law, Leah

1

Wiederhorn, and Brittany Shrader of the National Association of the Deaf, and Defendants, the City of North Las Vegas, Jacqueline Gravatt, Michael L. Rose, and Eric Spannbauer (collectively "Defendants"), by and through their attorneys of record, Robert W. Freeman, Frank A. Toddre, Matthew E. Freeman, with the law firm of Lewis Brisbois Bisgaard & Smith, LLP (collectively "the Parties"), hereby jointly stipulate as follows:

       The Parties request an extension of time to reply to the Defendants' Opposition to Plaintiffs' Motion to Compel (ECF No. 61) to be extended three (3) days from the current deadline of Monday, January 29, 2024, to Thursday, **February 1, 2024**. This is the second request for an extension of this deadline.

       This request for an extension of time is not sought for any improper purpose or for the purpose of delay. This request for extension is based upon Ms. McLetchie becoming ill on the evening of Thursday, January 25, 2024 and testing positive for COVID-19 on Saturday, January 27, 2024, which severely impacted her ability to perform legal work. Although other attorneys at McLetchie Law have endeavored to perform a thorough review of new documentation and draft an appropriate reply in the interim, due to her familiarity with this matter, Ms. McLetchie's review of the documentation and reply is required. Defendants' counsel, Mr. Toddre, reached out by email on January 29, 2024 to ask if Ms. McLetchie needed more time for the reply due to this illness. Ms. McLetchie appreciates Mr. Toddre's professional courtesy.

///
///
///
///
///
///
///
///
///

The parties respectfully request that this Court order the deadline extended as stated above.

DATED this 29th day of January, 2024

MCLETCHIE LAW

/s/ Margaret A. McLetchie
MARGARET A. MCLETCHIE
Nevada Bar No. 10931
PIETER M. O'LEARY
Nevada Bar No. 12658
LEO S. WOLPERT
Nevada Bar No. 12658
602 South Tenth Street
Las Vegas, Nevada 89101

LEAH WIEDERHORN
BRITTANY SHRADER
NATIONAL ASSOCIATION OF THE DEAF
8630 Fenton Street, Suite 820
Silver Spring, MD 20910-3819
*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

DATED this 29th day of January, 2024.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Frank A. Toddre
ROBERT W. FREEMAN
Nevada Bar No. 3062
FRANK A. TODDRE, II
Nevada Bar No. 11474
E. MATTHEW FREEMAN
Nevada Bar No 14198
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendants*

**ORDER**

**IT IS SO ORDERED.**

Dated this  30th  day of January, 2024.

_____
UNITED STATES MAGISTRATE JUDGE