**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREA HOLLINGSWORTH, an individual; A.R.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth; and A.D.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, Nevada, a Municipal Corporation; JACQUELINE GRAVATT, in her official capacity as Chief of the North Las Vegas Police Department; MICHAEL L. ROSE, an individual; ERIC SPANNBAUER, an individual; DOES I – X,<br><br>Defendants. | Case No.: 2:21-cv-02230-CDS-NJK<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S TIME TO REPLY TO DEFENDANTS' OPPOSITION TO MOTION TO COMPEL**<br><br>**(THIRD REQUEST)** |

Pursuant to Pursuant to LR IA 6-1, Plaintiffs Andrea Hollingsworth, A.R.H., and A.D.H. ("Plaintiffs"), by and through their attorneys of record, Margaret A. McLetchie, Pieter M. O'Leary, and Leo S. Wolpert, with the law firm of McLetchie Law, Leah

1  Wiederhorn, and Brittany Shrader of the National Association of the Deaf, and Defendants,
2  the City of North Las Vegas, Jacqueline Gravatt, Michael L. Rose, and Eric Spannbauer
3  (collectively "Defendants"), by and through their attorneys of record, Robert W. Freeman,
4  Frank A. Toddre, Matthew E. Freeman, with the law firm of Lewis Brisbois Bisgaard &
5  Smith, LLP (collectively "the Parties"), hereby jointly stipulate as follows:

6        The Parties request an extension of time to reply to the Defendants' Opposition to
7  Plaintiffs' Motion to Compel (ECF No. 61) to be extended four (4) days from the current
8  deadline of Thursday, February 1, 2024, to Monday, **February 5, 2024**. This is the third
9  request for an extension of this deadline.

10        This request for an extension of time is not sought for any improper purpose or for
11  the purpose of delay. This request for extension is based upon Ms. McLetchie's continued
12  exhaustion from COVID-19 , which has impacted her ability to devote time and attention to
13  legal work—including this matter, which, as noted in the previous stipulation regarding the
14  instant reply deadline, requires her unique attention. (*See* ECF No. 68, p. 2:14-16.)
15  Furthermore, on January 31, 2024, Ms. McLetchie was informed that her mother needed
16  surgery—subsequently scheduled for February 2, 2024—which required Ms. McLetchie to
17  perform coordination and assistance, and provide support to her reply. Although Ms.
18  McLetchie and other attorneys at McLetchie Law have worked diligently on the instant reply,
19  more time is necessary to sufficiently brief it. Ms. McLetchie communicated with
20  Defendants' counsel, Mr. Toddre, to request the instant extension, and Mr. Toddre agreed to
21  stipulate to it. Ms. McLetchie appreciates Mr. Toddre's professional courtesy.

22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

The Parties respectfully request that this Court order the deadline extended as stated above.

DATED this 1st day of February, 2024

DATED this 1st day of February, 2024.

MCLETCHIE LAW

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Margaret A. McLetchie
MARGARET A. MCLETCHIE
Nevada Bar No. 10931
PIETER M. O'LEARY
Nevada Bar No. 12658
LEO S. WOLPERT
Nevada Bar No. 12658
602 South Tenth Street
Las Vegas, Nevada 89101

LEAH WIEDERHORN
BRITTANY SHRADER
NATIONAL ASSOCIATION OF THE DEAF
8630 Fenton Street, Suite 820
Silver Spring, MD 20910-3819
*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

/s/ Frank A. Toddre
ROBERT W. FREEMAN
Nevada Bar No. 3062
FRANK A. TODDRE, II
Nevada Bar No. 11474
E. MATTHEW FREEMAN
Nevada Bar No 14198
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendants*

## ORDER

**IT IS SO ORDERED.**

Dated this  2nd  day of February, 2024.

_____
UNITED STATES MAGISTRATE JUDGE