**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREA HOLLINGSWORTH, an individual; A.R.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth; and A.D.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, Nevada, a Municipal Corporation; JACQUELINE GRAVATT, in her official capacity as Chief of the North Las Vegas Police Department; MICHAEL L. ROSE, an individual; ERIC SPANNBAUER, an individual; DOES I – X,<br><br>Defendants. | Case No.: 2:21-cv-02230-CDS-NJK<br><br>**ORDER GRANTING**<br>**JOINT STIPULATED DEPOSTION**<br>**SCHEDULE / MOTION TO AMEND**<br>**SCHEDULE** |

Pursuant to this Court's Order (ECF No. 50), Plaintiffs Andrea Hollingsworth, A.R.H., and A.D.H. ("Plaintiffs"), by and through their attorneys of record, Margaret A. McLetchie, Pieter M. O'Leary, and Leo S. Wolpert, with the law firm of McLetchie Law,

1

Leah Wiederhorn, and Brittany Shrader of the National Association of the Deaf, and Defendants, the City of North Las Vegas, Jacqueline Gravatt, Michael L. Rose, and Eric Spannbauer (collectively "Defendants"), by and through their attorneys of record, Robert W. Freeman, Frank A. Toddre, Matthew E. Freeman, with the law firm of Lewis Brisbois Bisgaard & Smith, LLP (collectively "the Parties"), hereby jointly move and stipulate as follows.

The Parties previously submitted a Joint Stipulated Deposition Schedule (ECF No. 55), which was approved by the Court (ECF No. 56, the "Deposition Scheduling Order"). The Court then approved submissions from the Parties seeking amendment to that schedule (ECF Nos. 61, 65). In directing the Parties to submit the deposition schedule, the Court previously ordered that [t]he dates set therein cannot be modified by agreement of the parties without obtaining the Court's approval" (ECF No. 49). The undersigned tested positive for COVID-19, and was unable to take Officer Saip's deposition today as planned. Defendants are working on providing an alternative date.

The Parties thus request that the Deposition Scheduling Order be amended accordingly and as follows:

| Deponent Name | Date |
|---|---|
| ~~Bradley Wine~~ | ~~1/18/2024 (Completed)~~ |
| ~~Joshua Odoms~~ | ~~1/22/2024 (Completed)~~ |
| ~~Chris Miller~~ | ~~1/24/2024 (Completed)~~ |
| ~~Rochelle Hinojosa~~ | ~~1/29/2024~~ |
| **Yolanda Saip** | **TBD** |
| Jesenia Mangual | 2/7/2024 |
| Eric Spannbauer | 2/8/2024 |
| Michael Rose | 2/14/2024 |
| 30(b)(6) City of North Las Vegas | 2/20/2024[1] |
| A.R.H | 2/25/2024 |
| A.D.H. | 2/25/2024 |
| Andrea Hollingsworth | 2/26/2024-2/27/2024 |

---

[1] Depending on number of designees, more than one (1) day may be required. the Parties will seek amendment of this order if necessary consistent with the Court's Order.

| Deponent Name | Date |
|---|---|
| Jonathan Ramirez | 2/29/2024 |
| ~~Latina Jones~~ | ~~3/12/2024~~[2] |
| ~~Jeff Beardsley~~ | ~~3/14/2024~~ |
| Defendants' Expert | ~~3/18/2024~~[3] |
| Plaintiffs' Expert(s) | ~~3/19/2024~~ |

Dated this the 30th day of January, 2024.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Frank A. Toddre
ROBERT W. FREEMAN
Nevada Bar No. 3062
FRANK A. TODDRE, II
Nevada Bar No. 11474
E. MATTHEW FREEMAN
Nevada Bar No 14198
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendants*

Dated this the 30th day of January, 2024.

MCLETCHIE LAW

/s/ Margaret A. McLetchie
MARGARET A. MCLETCHIE
Nevada Bar No. 10931
PIETER M. O'LEARY
Nevada Bar No. 12658
LEO S. WOLPERT
Nevada Bar No. 12658
602 South Tenth Street
Las Vegas, Nevada 89101

LEAH WIEDERHORN
BRITTANY SHRADER
NATIONAL ASSOCIATION OF THE DEAF
8630 Fenton Street, Suite 820
Silver Spring, MD 20910-3819
*Admitted Pro Hac Vice*
*Attorneys for Plaintiffs*

### ORDER

IT IS SO ORDERED.

Dated this 1st day of ~~January~~ February, 2024.

_____
Nancy J. Koppe
United States Magistrate Judge

---

[2] The Parties are working to reschedule these depositions as well.

[3] These depositions will be rescheduled consistent with the Court's Order to address the recent modification to case scheduling (ECF No. 58). Plaintiffs requested dates for Defendants' experts on January 17, 2024.