# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA HOLLINGSWORTH, *et al.*, <br>     Plaintiffs, <br> v. <br> CITY OF NORTH LAS VEGAS, *et al.*, <br>     Defendants. | Case No. 2:21-cv-02230-CDS-NJK <br> **ORDER** <br> [Docket No. 83, 84] |

Pending before the Court are the parties' joint motions to amend the stipulated deposition schedule and to extend related deadlines. Docket Nos. 83, 84.

The parties seek to modify the deposition schedule for several deponents and extend the case management deadlines by two weeks. Docket No. 84 at 11-12. For good cause shown, the Court will grant the parties' requests. The parties must diligently conduct discovery during this time. The parties must continue to comply with the caveats outlined in the Court's prior order. *See* Docket No. 50.

Accordingly, the parties' joint motions are **GRANTED**. Docket Nos. 83, 84. The discovery deadlines are **RESET** as follows:

| | |
|---|---|
| Fact Discovery Cut-Off: | March 29, 2024 |
| Initial Experts: | April 12, 2024 |
| Rebuttal Experts: | April 26, 2024 |
| Expert Deposition Cut-Off: | May 10, 2024 |
| Dispositive Motions: | May 24, 2024 |
| Joint Pretrial Order: | June 17, 2024, 30 days after the resolution of dispositive motions, or further Court order. |

The deposition schedule is amended as to Andrea Hollingsworth, Michael Rose (Part 2), Yolanda Saip, and the City of North Las Vegas' 30(b)(6) witness, as set forth on Docket No. 83 at

1

11.  The parties must file their schedule for the remaining depositions, which must occur within the current discovery period, no later than March 19, 2024.

No further extensions will be granted.

IT IS SO ORDERED.

Dated: March 14, 2024

_____
Nancy J. Koppe
United States Magistrate Judge