1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ANDREA HOLLINGSWORTH, *et al.*,

    Plaintiffs,

v.

CITY OF NORTH LAS VEGAS, *et al.*,

    Defendants.

Case No. 2:21-cv-02230-CDS-NJK

**ORDER**

On March 14, 2024, the Court granted the parties' joint motion to amend the stipulated deposition schedule.  Docket No. 85.  The Court ordered the parties to file their schedule for the remaining depositions no later than March 19, 2024.  *Id*. at 2.  The parties failed to comply.  *See* Docket.

Accordingly, the parties must file their schedule for the remaining depositions, which must occur within the current discovery period, no later than March 28, 2024, at 12:00 p.m.  Failure to comply with this order may result in sanctions.

IT IS SO ORDERED.

Dated: March 26, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1