**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREA HOLLINGSWORTH, an individual; A.R.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth; and A.D.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, Nevada, a Municipal Corporation; JACQUELINE GRAVATT, in her official capacity as Chief of the North Las Vegas Police Department; MICHAEL L. ROSE, an individual; ERIC SPANNBAUER, an individual; DOES I – X,<br><br>Defendants. | Case No.: 2:21-cv-02230-CDS-NJK<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE TO OPPOSE DEFENDANTS' MOTION FOR PROTECTIVE ORDER RE PLAINTIFFS' RULE 30(b)(6) DEPOSITION NOTICE** |

Plaintiffs, who are unopposed, hereby move this Court for an order to extend the deadline to oppose Defendants' Motion for Protective Order re Plaintiffs' Rule 30(b)(6) Deposition Notice (ECF No. 86) from April 1, 2024 to 12:00 p.m. on April 2, 2024. This motion is being brought in good faith and is not being brought for the purpose of delay, but

1

rather to ensure that Plaintiffs' Opposition is thoroughly and adequately briefed. The undersigned conferred with with Defendants' counsel, Frank Toddre, who indicated that he would not oppose this 12-hour extension. The undersigned appreciates Mr. Toddre's professional courtesy.

.

DATED April 1, 2024.

**MCLETCHIE LAW**

By: /s/ *Margaret A. McLetchie*
  MARGARET A. MCLETCHIE,
Nevada Bar No. 10931
PIETER M. O'LEARY,
Nevada Bar No. 15297
LEO S. WOLPERT,
Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: maggie@nvlitigation.com

LEAH WIEDERHORN (*pro hac vice*)
BRITTANY SHRADER (*pro hac vice*)
**NATIONAL ASSOCIATION OF THE DEAF**
8630 Fenton Street, Suite 820
Silver Spring, MD 20910-3819
Email: leah.wiederhorn@nad.org;
brittany.shrader@nad.org;
*Counsel for Plaintiffs Andrea Hollingsworth, A.R.H., and A.D.H.*

**ORDER**

IT IS SO ORDERED.
Dated: April 2, 2024

_____
Nancy J. Koppe
United States Magistrate Judge