**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Andrea Hollingsworth, et al.,

        Plaintiffs

  v.

City of North Las Vegas, et al.,

        Defendants

Case No. 2:21-cv-02230-CDS-NJK

**Order Granting Joint Motion to Stay and Denying as Moot Pending Motions**

[ECF Nos. 91, 92, 93, 98]

      On March 27, 2024, the parties jointly moved to stay this case for thirty days so that they can pursue potential settlement of the claims and because counsel for defendant have unavoidable family obligations involving medical issues that will affect their ability to litigate this case over the next few months. ECF No. 91. The court grants the stay. The parties must file a joint status report by May 1, 2024, detailing the status of any settlement discussions and addressing whether the stay should remain in place.

      The parties' subsequent motions requesting a stay or extension of deadlines **[ECF Nos. 92, 93, 98] are denied as moot**. All pending deadlines in this case are stayed under further notice.

Dated: April 3, 2024

_____
Cristina D. Silva
United States District Judge