# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA HOLLINGSWORTH, *et al.*, <br>     Plaintiffs, <br> v. <br> CITY OF NORTH LAS VEGAS, *et al.*, <br>     Defendants. | Case No. 2:21-cv-02230-CDS-NJK <br><br> **ORDER** |

On April 3, 2024, the Court granted the parties' request to stay the instant case. Docket No. 104. As a result, the Court **DENIES** without prejudice Plaintiffs' unopposed motion to extend the deadline to file further motion to compel. Docket No. 103. If necessary, the parties can refile this motion within fourteen days after the stay is lifted.

IT IS SO ORDERED.

Dated: April 4, 2024

                                                _____
                                                Nancy J. Koppe
                                                United States Magistrate Judge