ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
FRANK A. TODDRE, II
Nevada Bar No. 11474
Frank.Toddre@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA HOLLINGSWORTH, an individual; A.R.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth; and A.D.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth,<br><br>                    Plaintiffs<br><br>        vs.<br><br>CITY OF NORTH LAS VEGAS, Nevada, a Municipal Corporation; JACQUELINE GRAVATT, in her official capacity as Chief of the North Las Vegas Police Department; MICHAEL L. ROSE, an individual; ERIC SPANNBAUER, an individual; DOES I -X,<br><br>                    Defendants | CASE NO. 2:21-cv-2230-CDS-NJK<br><br>**Order Granting Request for Extension of Stay** |

COME NOW Defendants North Las Vegas Police Department Chief JACQUELINE GRAVATT, and Officers MICHAEL L. ROSE, and ERIC SPANNBAUER ("Defendants"), by and through their counsel, Robert W. Freeman, Esq., Frank A. Toddre, II, Esq., and E. Matthew Freeman, Esq., of LEWIS BRISBOIS BISGAARD & SMITH, LLP, and Plaintiffs ANDREA HOLLINGSWORTH, A.R.H., and A.D.H. ("Plaintiffs"), by and through their counsel, Margaret A. McLetchie, Esq., and Leo S. Wolpert, Esq., of MCLETCHIE LAW, and Leah Wiederhorn,

1  Esq., and Brittany Shrader, Esq., of the NATIONAL ASSOCIATION OF THE DEAF (hereinafter
2  "the Parties"), and hereby submit their Joint Status Report regarding the thirty (30) day stay
3  implemented by District Court Judge Silva or April 3, 2024. (ECF No. 104). The Parties are in
4  the process of pursuing resolution, but because of the complexity of the issues present in this
5  matter and due to Counsel for both Parties' unavoidable familial obligations referenced in the
6  Joint Motion to Stay, the Parties require more time. Counsel for Defendants' family obligations
7  referenced in the Joint Motion to Stay required time out of the jurisdiction in April, and will
8  continue to do so for the foreseeable future.

9       Counsel for Plaintiffs have also been required to spend time out of the office (and/or out of
10  the jurisdiction) in April to attend to family obligations referenced in the previous Joint Motion to
11  Stay. Specifically, Ms. McLetchie has been assisting and arranging care for her mother, who has
12  been diagnosed with Stage IV cancer that has metastasized to her liver and spine; these efforts will
13  continue in May and June. Mr. Wolpert has been assisting his father—who lives out of the
14  jurisdiction in Tucson, Arizona—with treatments for (and amelioration of) symptoms of
15  amyotrophic lateral sclerosis (ALS), which has left him without the use of his arms and hands.
16  Although feeding-tube surgery was initiated during the week of April 3, 2024, the operation was
17  aborted due to medical complications, and thus Mr. Wolpert will likely return to Tucson in May
18  when the operation is rescheduled. Furthermore, Pieter O'Leary, a senior attorney at McLetchie
19  Law, is leaving the firm effective May 3, 2024, requiring Ms. McLetchie and Mr. Wolpert to
20  devote additional attention to matters in which Mr. O'Leary was lead counsel.

21  …
22  …
23  …
24  …
25  …
26  …
27  …
28  …



1   Pursuant to the foregoing, the Parties, respectfully request that the stay be extended by

2   sixty (60) days, ending on or about Tuesday, July 2, 2024.

3   Dated this 1st day of May, 2024.              Dated this 1st day of May, 2024.

4   LEWIS BRISBOIS BISGAARD & SMITH LLP       MCLETCHIE LAW

5   /s/ Robert W. Freeman                     /s/ Leo S. Wolpert

6   ROBERT W. FREEMAN                         MARGARET A. MCLETCHIE
    Nevada Bar No. 3062                       Nevada Bar No. 10931
7   FRANK A. TODDRE, II                       LEO S. WOLPERT
    Nevada Bar No. 11474                      Nevada Bar No. 12658
8   E. MATTHEW FREEMAN                        602 South Tenth Street
    Nevada Bar No 14198                       Las Vegas, Nevada 89101
9   6385 S. Rainbow Blvd., Suite 600          LEAH WIEDERHORN
10  Las Vegas, Nevada 89118                   BRITTANY SHRADER
    *Attorney for Defendants*                 NATIONAL ASSOCIATION OF THE DEAF
11                                            8630 Fenton Street, Suite 820
                                              Silver Spring, MD 20910-3819
12                                            *Admitted Pro Hac Vice*
                                              *Attorneys for Plaintiffs*
13

14

15                                   **ORDER**

16   Based on the parties' representations, their request to extend the stay by 60 days is

17  granted. The stay will be automatically lifted on July 2, 2024.

18

19  _____

20  UNITED STATES DISTRICT JUDGE
    Dated: May 3, 2024

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW