MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: maggie@nvlitigation.com

BRITTANY SHRADER (pro hac vice)
**National Association of the Deaf**
8630 Fenton Street, Suite 820
Silver Spring, MD 20910-3819
Email: anna.bitencourt@nad.org
*Counsel for Plaintiffs Andrea Hollingsworth, A.R.H., and A.D.H.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA HOLLINGSWORTH, an individual; A.R.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth; and A.D.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth,<br><br>Plaintiffs<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, Nevada, a Municipal Corporation; Jacqueline Gravatt, in her official capacity as Chief of the North Las Vegas Police Department; MICHAEL L. ROSE, an individual; ERIC SPANNBAUER, an individual; DOES I – X,<br><br>Defendants | Case. No.: 2:21-cv-2230-CDS-NJK<br><br>**Order Granting Request for Stay** |

COME NOW Defendants North Las Vegas Police Department Chief
JACQUELINE GRAVATT, and Officers MICHAEL L. ROSE, and ERIC SPANNBAUER
("Defendants"), by and through their counsel, Robert W. Freeman, Esq., Frank A. Toddre,

MCLETCHIE LAW
ATTORNEYS AT LAW
602 S. TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) (702)425-8220 (F)
WWW.NVLITIGATION.COM

II, Esq., and E. Matthew Freeman, Esq., of LEWIS BRISBOIS BISGAARD & SMITH, LLP, and Plaintiffs ANDREA HOLLINGSWORTH, A.R.H., and A.D.H. ("Plaintiffs"), by and through their counsel, Margaret A. McLetchie, Esq., and Leo S. Wolpert, Esq., of MCLETCHIE LAW, and Brittany Shrader, Esq., of the NATIONAL ASSOCIATION OF THE DEAF (hereinafter "the Parties"), and hereby submit their Joint Status Report regarding sixty (60) day stay extension implemented by District Judge Silva on May 3, 2024. (ECF No. 110.)

The Parties are in the process of pursuing resolution, but because of the complexity of the issues present in this matter and due to Counsel for both Parties' continuing unavoidable familial obligations referenced in the Joint Motion to Stay and previous status report (ECF No. 109), the Parties require more time. Counsel for Defendants' family obligations referenced in the Joint Motion to Stay continue to have required time out of the jurisdiction, and will continue to do so for the foreseeable future.[1]

Counsel for Plaintiffs have also been required to spend time out of the office (and/or out of the jurisdiction) in May and June to attend to family obligations referenced in the previous Joint Motion to Stay and the previous status report. Specifically, Ms. McLetchie has been assisting and arranging care for her mother, who has been diagnosed with Stage IV cancer that has metastasized to her liver and spine; she has recently undergone another round of targeted chemotherapy on her liver. Mr. Wolpert was assisting his father—who lived out of the jurisdiction in Tucson, Arizona—with treatments for (and amelioration of) symptoms of amyotrophic lateral sclerosis (ALS), which left him without the use of his arms and hands. Mr. Wolpert's father passed away on May 17, 2024, requiring Mr. Wolpert to assist with funeral arrangements and generally assist his widowed mother in Tucson in May and June. Furthermore, as previously mentioned, Pieter O'Leary, a senior attorney at McLetchie Law, left the firm effective May 3, 2024, requiring Ms. McLetchie and Mr. Wolpert to devote

---

[1] At the pleasure of the Court, counsel for Defendants is willing to provide more information regarding his family obligations.

additional attention to matters in which Mr. O'Leary was lead counsel.[2] Finally, Ms. Wiederhorn, who dedicated significant time on this case, left her attorney position at the National Association of the Deaf and has been removed from this matter. (ECF No. 111.)

The parties understand that this request is an extraordinary one, but counsel has also had extraordinary personal and professional burdens, and believe a stay is warranted to avoid unnecessary work with the parties.

Should the parties not reach resolution by September 3, 2024, they propose the following schedule:

| Deadline | Date |
|---|---|
| Initial Expert Disclosures | October 15, 2024 |
| Rebuttal Expert Disclosures | November 15, 2024 |
| Discovery Cutoff | December 17, 2024 |
| Dispositive Motions | January 15, 2024 |

Dated this 18th day of July, 2024.           Dated this 18th day of July, 2024.

LEWIS BRISBOIS BISGAARD &           MCLETCHIE LAW
SMITH LLP

*/s/ Robert W. Freeman*                        */s/ Margaret A. McLetchie*
ROBERT W. FREEMAN                        MARGARET A. MCLETCHIE
Nevada Bar No. 3062                          Nevada Bar No. 10931
E. MATTHEW FREEMAN                       LEO S. WOLPERT
Nevada Bar No 14198                         Nevada Bar No. 12658
6385 S. Rainbow Blvd., Suite 600            602 South Tenth Street
Las Vegas, Nevada 89118                      Las Vegas, Nevada 89101
*Attorney for Defendants*

                                            BRITTANY SHRADER
                                            NATIONAL ASSOCIATION OF THE
                                            DEAF
                                            8630 Fenton Street, Suite 820
                                            Silver Spring, MD 20910-3819
                                            *Admitted Pro Hac Vice*

---

[2] McLetchie Law just recently has hired new attorneys, one of whom started on July 16, 2024, and one of whom is pending bar passage and begins in August, as well as a paralegal.

MCLETCHIE LAW
ATTORNEYS AT LAW
602 S. TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

## ORDER

Because the stay was automatically lifted on July 2, 2024, it is ordered that the parties request to extend the stay is GRANTED, nunc pro tunc, to that date. This matter is STAYED. The parties are ordered to file a joint status report addressing the status of settlement negotiations by September 3, 2024. If the parties fail to resolve their dispute by September 3, the scheduling order is modified as follows:

Initial Experts:             October 15, 2024

Rebuttal Experts:            November 15, 2024

Discovery Cut-off:           December 17, 2024

Dispositive Motions:         January 15, 2025

Joint Pretrial Order:        February 14, 2025, or 30 days after the
                             resolution of dispositive motions, or further
                             court order.

Dated: July 29, 2024

Cristina D. Silva
United States District Judge

4