MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: maggie@nvlitigation.com

BRITTANY SHRADER (pro hac vice)
**National Association of the Deaf**
8630 Fenton Street, Suite 820
Silver Spring, MD 20910-3819
Email: anna.bitencourt@nad.org
*Counsel for Plaintiffs Andrea Hollingsworth, A.R.H., and A.D.H.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREA HOLLINGSWORTH, an individual; A.R.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth; and A.D.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth,<br><br>Plaintiffs<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, Nevada, a Municipal Corporation; Jacqueline Gravatt, in her official capacity as Chief of the North Las Vegas Police Department; MICHAEL L. ROSE, an individual; ERIC SPANNBAUER, an individual; DOES I – X,<br><br>Defendants | Case. No.: 2:21-cv-2230-CDS-NJK<br><br>**Order Granting Request to Extend Stay for Thirty Days** |

COME NOW Defendants North Las Vegas Police Department Chief JACQUELINE GRAVATT, and Officers MICHAEL L. ROSE, and ERIC SPANNBAUER ("Defendants"), by and through their counsel, Robert W. Freeman, Esq., Frank A. Toddre,

1  II, Esq., and E. Matthew Freeman, Esq., of LEWIS BRISBOIS BISGAARD & SMITH, LLP,
2  and Plaintiffs ANDREA HOLLINGSWORTH, A.R.H., and A.D.H. ("Plaintiffs"), by and
3  through their counsel, Margaret A. McLetchie, Esq., and Leo S. Wolpert, Esq., of
4  MCLETCHIE LAW, and Brittany Shrader, Esq., of the NATIONAL ASSOCIATION OF
5  THE DEAF (hereinafter "the Parties"), and hereby submit their Joint Status Report as
6  required by this Court's order (ECF No. 114.)

       The Parties are in the process of pursuing resolution, but because of the complexity of the issues present in this matter and due to Counsel for both Parties' continuing unavoidable familial obligations referenced in the Joint Motion to Stay and previous status report (ECF Nos. 109 and 113), and two recent deaths in the family of Ms. McLetchie (July 26, 2024) and Mr. Wolpert (May 17, 2024), the Parties have not had sufficient time to dedicate towards resolution. Counsel for Defendants' family obligations referenced in the Joint Motion to Stay continue to have required time out of the jurisdiction, and will continue to do so for the foreseeable future.[1] Counsel for Plaintiffs has had to spend significant time out of the office to address family estate matters and has an out of town memorial service on September 21, 2024.

       The parties understand that this request is an extraordinary one, but counsel has also had extraordinary personal and professional burdens, and believe a stay is warranted to avoid unnecessary work with the parties.

///
///
///
///
///
///
///

---

[1] At the pleasure of the Court, counsel for Defendants is willing to provide more information regarding his family obligations.

Should the parties not reach resolution by October 3, 2024, they propose the following schedule:

| Deadline | Date |
|---|---|
| Initial Expert Disclosures | November 15, 2024 |
| Rebuttal Expert Disclosures | December 16, 2024 |
| Discovery Cutoff | January 17, 2024 ✓ |
| Dispositive Motions | February 17, 2024 ✓ |

Dated this 4th day of September, 2024.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Robert W. Freeman
ROBERT W. FREEMAN
Nevada Bar No. 3062
E. MATTHEW FREEMAN
Nevada Bar No 14198
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendants*

Dated this 4th day of September 2024.

MCLETCHIE LAW

/s/ Margaret A. McLetchie
MARGARET A. MCLETCHIE
Nevada Bar No. 10931
LEO S. WOLPERT
Nevada Bar No. 12658
602 South Tenth Street
Las Vegas, Nevada 89101

BRITTANY SHRADER
NATIONAL ASSOCIATION OF THE DEAF
8630 Fenton Street, Suite 820
Silver Spring, MD 20910-3819
*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

# ORDER

Based on the representation of counsel, the request to extend the stay is GRANTED, nunc pro tunc, to the date of their request. The parties are ordered to file a joint status report addressing the status of settlement negotiations by October 3, 2024. If the parties fail to resolve their dispute by October 3, the scheduling order is modified as follows:

| | |
|---|---|
| Initial Experts: | November 15, 2024 |
| Rebuttal Experts: | December 16, 2024 |
| Discovery Cut off: | January 17, 2025 |
| Dispositive Motions: | February 17, 2025 |
| Joint Pretrial Order: | March 17, 2025, or 30 days after the resolution of dispositive motions, or further court order. |

Dated: September 2024

_____
Cristina D. Silva
United States District Judge