UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Andrea Hollingsworth, et al., | Case No. 2:21-cv-02230-CDS-NJK |
| Plaintiffs | **Order Lifting Stay** |
| v. | |
| City of North Las Vegas, et al., | |
| Defendants | |

Plaintiffs Andrea Hollingsworth, A.R.H., and A.D.H. initiated this civil rights and discrimination action in 2021. Compl., ECF No. 1. Shortly thereafter, this action was stayed "to explore the possibility of resolution without incurring the time and expense of ongoing litigation prior to [ ] mediation." ECF No. 22. Mediation proved fruitless thus the stay was lifted on November 7, 2022. First order, ECF No. 31.

In March 2024, the parties requested a thirty-day stay "to attempt to resolve this matter without any further court involvement through settlement and/or alternative dispute resolution." Joint mot., ECF No. 91. This action has been stayed since April 3, 2024. Second order, ECF No. 104. Last month, the parties made their fourth request to extend the stay for settlement negotiations and were ordered to file a joint status report addressing the status of their settlement negotiations by October 3, 2024. ECF No. 116. The deadline passed with the parties failing to file the ordered status report.

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). Although the court is sympathetic to the personal circumstances that have caused delays, I find that continuing the stay of this matter is no longer warranted. This action has been pending for almost three years.

## Conclusion

It is therefore ordered that the stay imposed on April 3, 2024, is now LIFTED. This action returns to the normal litigation track and proceeds according to the following scheduling order:

| | |
|---|---|
| Initial Experts: | November 15, 2024 |
| Rebuttal Experts: | December 16, 2024 |
| Discovery Cut-off: | January 17, 2025 |
| Dispositive Motions: | February 17, 2025 |
| Joint Pretrial Order: | March 17, 2025, or thirty days after the resolution of dispositive motions or further court order. |

Dated: October 9, 2024

_____
Cristina D. Silva
United States District Judge