MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: maggie@nvlitigation.com

BRITTANY SHRADER (*pro hac vice*)
**NATIONAL ASSOCIATION OF THE DEAF**
8630 Fenton Street, Suite 820
Silver Spring, MD 20910-3819
Email: brittany.shrader@nad.org
*Counsel for Plaintiffs Andrea Hollingsworth, A.R.H., and A.D.H.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA HOLLINGSWORTH, an individual; A.R.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth; and A.D.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, Nevada, a Municipal Corporation; JACQUELINE GRAVATT, in her official capacity as Chief of the North Las Vegas Police Department; MICHAEL L. ROSE, an individual; ERIC SPANNBAUER, an individual; DOES I – X,<br><br>Defendants. | Case No.: 2:21-cv-02230-CDS-NJK<br><br>**RENEWED STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES**<br>**(NINTH REQUEST)** |

Plaintiffs Andrea Hollingsworth, A.R.H., and A.D.H. ("Plaintiffs"), by and through their attorneys of record, Margaret A. McLetchie and Leo S. Wolpert, with the law firm of McLetchie Law, and Brittany Shrader of the National Association of the Deaf, and Defendants, the City of North Las Vegas, Jacqueline Gravatt, Michael L. Rose, and Eric Spannbauer (collectively "Defendants"), by and through their attorneys of record, Robert W.

1

1  Freeman and Matthew E. Freeman, with the law firm of Lewis Brisbois Bisgaard & Smith,
2  LLP (collectively "the Parties"), hereby stipulate and agree to extend the Discovery Plan and
3  Scheduling Order deadlines an additional ninety (90) days. This Stipulation is being entered
4  in good faith and not for purposes of delay. This is the **ninth** request for an extension of the
5  discovery scheduling order in this matter.[1]

6  While the parties are mindful of the Court's admonitions[2] regarding the lengthy
7  discovery in this matter, one final extension is necessary to schedule depositions and perform
8  expert discovery. Since the Court entered its order mandating expedited discovery (ECF No.
9  50) the parties have endeavored to engage in settlement negotiations and complete discovery.
10  As noted below, that order spurred voluminous written discovery and depositions. It also
11  spurred motion practice, specifically two motions to compel[3] filed by Plaintiffs and one
12  motion for a protective order[4] regarding the 30(b)(6) deposition notice filed by Defendants.

13  As noted in the parties' requests for stays and more fully explained below, counsel
14  for all parties have suffered personal setbacks and challenges in 2024—in addition to their
15  normal caseloads which were further squeezed by those events—that have impacted their
16  ability to complete discovery or reach a settlement in this matter. Thus, notwithstanding the
17  Court's understandable frustration with the pace of discovery in this matter, the Parties
18  submit that good cause exists to extend these deadlines one final time.

19  **I.    STATUS OF DISCOVERY.**

20      **A.    PLAINTIFFS' DISCOVERY**

21          1.    Plaintiffs' Initial Disclosures and Production of Documents Pursuant to Fed.

---

[1] Pursuant to this Court's order (ECF No. 120), counsel for the Parties are submitting a renewed Stipulation to Extend and have agreed that a 90-day extension is appropriate, as Mr. Freeman is required to leave the jurisdiction for an indeterminate period of time starting the week of December 9, 2024.

[2] (*See generally* ECF No. 50 (granting 45-day extension of discovery deadlines subject to several expediting conditions); ECF No. 115, p. 1:24-26.)

[3] (ECF No. 54 [1st motion]; ECF No. 61 [opposition to 1st motion]; ECF No. 75 [reply in support of 1st motion]; ECF No. 81 [2nd motion]; ECF No. 88 [opposition to 2nd motion]; ECF No. 96 [reply in support of 2nd motion].)

[4] (ECF No. 76 [motion]; ECF No. 86 [motion]; ECF No. 102 [opposition].)

R. Civ. P. 26.1, dated December 2, 2022;

2. Plaintiffs' Interrogatories to Defendant City of North Las Vegas – Set One, dated March 2, 2023;

3. Plaintiffs' Requests for Admission to Defendant City of North Las Vegas – Set One, dated March 2, 2023;

4. Plaintiffs' Requests for Production of Documents to Defendant City of North Las Vegas - Set One, dated March 2, 2023;

5. Plaintiffs' First Supplement to Disclosures and Production of Documents Pursuant to Fed. R. Civ. P. 26.1, dated March 2, 2023;

6. Plaintiff Andrea Hollingsworth's Responses to Defendants' Requests for Admission - Set One, dated March 22, 2023.

7. Plaintiff Andrea Hollingsworth's Responses to Defendants' Interrogatories - Set One, dated March 22, 2023.

8. Plaintiff Andrea Hollingsworth's Responses to Defendants' Request for Production of Documents - Set One, dated March 22, 2023;

9. Plaintiffs' Second Supplement to Disclosures and Production of Documents Pursuant to Fed. R. Civ. P. 26.1, dated April 24, 2023;

10. Plaintiff Andrea Hollingsworth's Requests for Production to Defendant City of North Las Vegas - Set Two, dated April 24, 2023;

11. Plaintiff Andrea Hollingsworth's Requests for Admission to Defendant Michael L. Rose - Set One, dated April 24, 2023;

12. Plaintiff Andrea Hollingsworth's Requests for Production to Defendant Michael L. Rose - Set One, dated April 24, 2023;

13. Plaintiff Andrea Hollingsworth's Interrogatories to Defendant Michael L. Rose - Set One, dated April 24, 2023;

14. Plaintiff Andrea Hollingworth's First Supplemental Responses to Defendants' Request for Production of Documents - Set One, dated April 24, 2023;

15. Plaintiff Andrea Hollingsworth's Request for Admission to Defendant Eric

Spannbauer - Set One, dated April 27, 2023;

16. Plaintiff Andrea Hollingsworth's Request for Production to Defendant Eric Spannbauer - Set One, dated April 27, 2023;

17. Plaintiff Andrea Hollingsworth's Interrogatories to Defendant Eric Spannbauer - Set One, dated April 27, 2023;

18. Plaintiffs' Third Supplement to Disclosures and Production of Documents Pursuant to Fed. R. Civ. P. 26.1, dated May 10, 2023;

19. Plaintiff A.D.H.'s Interrogatories to Defendant City of North Las Vegas – Set One, dated May 18, 2023;

20. Plaintiff A.D.H.'s Requests for Admission to Defendant City of North Las Vegas – Set One, dated June 27, 2023;

21. Plaintiffs' Fourth Supplement to Disclosures and Production of Documents Pursuant to Fed. R. Civ. P. 26.1, dated June 27, 2023.

22. Plaintiffs' Fifth Supplement to Disclosures and Production of Documents Pursuant to Fed. R. Civ. P. 26.1, dated December 4, 2023.

23. Plaintiffs' Requests for Admission to Defendant City of North Las Vegas – Set Two, dated December 12, 2023.

24. Plaintiff's Interrogatories to Defendant City of North Las Vegas – Set Two, dated December 12, 2023.

25. Plaintiffs' Requests for Production to Defendant City of North Las Vegas – Set Three, dated December 12, 2023.

26. Plaintiff A.D.H.'s Interrogatories to Defendant Michael Rose – Set One, dated December 14, 2024.

27. Plaintiffs' Requests for Production to Defendant Eric Spannbauer – Set Two, dated December 14, 2023.

28. Plaintiffs' Requests for Production to Defendant Michael Rose – Set Two, dated December 14, 2023.

29. Plaintiff's Interrogatories to Defendant Eric Spannbauer – Set One, dated

4

1  December 14, 2024.

2      30.    Plaintiff's Interrogatories to Defendant Michael Rose – Set Two, dated
3  December 14, 2024.

4      31.    Plaintiffs' Sixth Supplement to Disclosures and Production of Documents
5  Pursuant to Fed. R. Civ. P. 26.1, dated December 14, 2023.

6      32.    Plaintiffs' Seventh Supplement to Disclosures and Production of
7  Documents Pursuant to Fed. R. Civ. P. 26.1, dated January 16, 2024.

8      33.    Plaintiffs' Deposition of Bradley Wine, dated January 18, 2024.

9      34.    Plaintiffs' Deposition of Joshua Odoms, dated January 22, 2024.

10     35.    Plaintiffs' Deposition of Christopher Miller, dated January 24, 2024.

11     36.    Plaintiffs' Deposition of Rochelle Hinojosa, dated January 29, 2024.

12     37.    Plaintiff Andrea Hollingworth's Second Supplemental Responses to
13 Defendants' Request for Production of Documents - Set One, dated February 1, 2024.

14     38.    Plaintiffs' Requests for Admission to Defendant City of North Las Vegas –
15 Set Three, dated February 5, 2024.

16     39.    Plaintiffs' Requests for Production to Defendant City of North Las Vegas –
17 Set Four, dated February 5, 2024.

18     40.    Plaintiffs' Eighth Supplement to Disclosures and Production of Documents
19 Pursuant to Fed. R. Civ. P. 26.1, dated February 7, 2024.

20     41.    Plaintiffs' Deposition of Jessica Mangual, dated February 7, 2024.

21     42.    Plaintiffs' Deposition of Eric Spannbauer (Part 1), dated February 8, 2024.

22     43.    Plaintiffs' Ninth Supplement to Disclosures and Production of Documents
23 Pursuant to Fed. R. Civ. P. 26.1, dated February 15, 2024.

24     44.    Plaintiffs' Tenth Supplement to Disclosures and Production of Documents
25 Pursuant to Fed. R. Civ. P. 26.1, dated February 16, 2024.

26     45.    Plaintiffs' Requests for Production to Defendant City of North Las Vegas –
27 Set Five, dated February 22, 2024.

28     46.    Plaintiffs' Deposition of Michael Rose (Part 1), dated February 22, 2024.

47. Plaintiffs' Deposition of Jonathan Ramirez, dated February 29, 2024.

48. Plaintiffs' Deposition of Eric Spannbauer (Part 2), dated March 1, 2024.

49. Plaintiffs' Responses to Defendants' Request for Production of Documents - Set Two, dated March 6, 2024.

50. Plaintiffs' Deposition of Michael Rose (Part 2), dated March 27, 2024.

**51.** **Plaintiffs' Eleventh Supplement to Disclosures and Production of Documents Pursuant to Fed. R. Civ. P. 26.1, dated March 28, 2024.**

**52.** **Plaintiffs' First Supplemental Responses to Defendants' Request for Production of Documents - Set Two, dated March 29, 2024.**

B. DEFENDANTS' DISCOVERY

1. Defendants' Initial List of Witnesses and Documents Pursuant to Fed. R. Civ. P. 26.1 dated December 2, 2022;

2. Defendants' First Supplement to List of Witnesses and Documents Pursuant to Fed. R. Civ. P. 26.1, dated February 3, 2023;

3. Defendants' Interrogatories to Plaintiff Andrea Hollingsworth (Set One), dated February 3, 2023;

4. Defendants' Requests for Production of Documents to Plaintiffs (Set One), dated February 3, 2023;

5. Defendants' Requests for Admission to Plaintiffs (Set One), dated February 3, 2023;

6. Defendants' Second Supplement to List of Witnesses and Documents Pursuant to Fed. R. Civ. P. 26.1, dated March 20, 2023;

7. Defendants' Third Supplement to List of Witnesses and Documents Pursuant to Fed. R. Civ. P. 26.1, dated April 20, 2023;

8. Defendant City of North Las Vegas' Responses to Plaintiff Andrea Hollingsworth Request for Admission (Set One), dated April 20, 2023;

9. Defendant City of North Las Vegas' Response to Plaintiff Andrea Hollingsworth Request for Production of Documents (Set One), dated April 20, 2023;

1    10.	Defendant City of North Las Vegas's Answers to Plaintiff Andrea
2 Hollingsworth's Interrogatories (Set One), dated April 20, 2023;
3    11.	Defendant Officer Michael L. Rose's Responses to Plaintiff Andrea
4 Hollingsworth's Requests for Admission – Set One, dated May 24, 2023;
5    12.	Defendant Officer Michael L. Rose's Responses to Plaintiff Andrea
6 Hollingsworth's Requests for Production – Set One, dated May 24, 2023;
7    13.	Defendant Officer Michael L. Rose's Responses to Plaintiff Andrea
8 Hollingsworth's Interrogatories – Set One, dated May 24, 2023;
9    14.	Defendant Officer Eric Spannbauer's Responses to Plaintiff Andrea
10 Hollingsworth's Requests for Admission – Set One, dated May 25, 2023;
11    15.	Defendant Officer Eric Spannbauer's Responses to Plaintiff Andrea
12 Hollingsworth's Requests for Production – Set One, dated May 25, 2023;
13    16.	Defendant Officer Eric Spannbauer's Answers to Plaintiff Andrea
14 Hollingsworth's Interrogatories – Set One, dated May 25, 2023;
15    17.	Defendant City of North Las Vegas's Responses to Plaintiff Andrea
16 Hollingsworth's Requests for Production – Set Two, dated June 7, 2023;
17    18.	Defendant City of North Las Vegas's Supplemental Responses to Plaintiff
18 Andrea Hollingsworth's Requests for Production – Set One, dated August 1, 2023
19    19.	Defendants' Fourth Supplement to List of Witnesses and Documents
20 Pursuant to Fed. R. Civ. P. 26.1, dated June 7, 2023;
21    20.	Defendant's Fifth Supplement to list of Witnesses and Documents Pursuant
22 to Fed. R. Civ. P. 26.1, dated July 19, 2023;
23    21.	Defendant's Sixth Supplement to list of Witnesses and Documents Pursuant
24 to Fed. R. Civ. P. 26.1, dated July 27, 2023;
25    22.	Defendant's Seventh Supplement to list of Witnesses and Documents
26 Pursuant to Fed. R. Civ. P. 26.1, dated August 8, 2023;
27    23.	Defendant's Eighth Supplement to list of Witnesses and Documents
28 Pursuant to Fed. R. Civ. P. 26.1, dated August 11, 2023;

24. Defendant's Ninth Supplement to list of Witnesses and Documents Pursuant to Fed. R. Civ. P. 26.1, dated August 24, 2023.

25. Defendant City of North Las Vegas' Responses to Plaintiff's Requests for Admission - Set Two, dated January 4, 2024.

26. Defendant Michael Rose's Responses to Plaintiff's Requests for Production - Set Two, dated January 4, 2024.

27. Defendant Michael Rose's Responses to Plaintiff Andrea Hollingsworth's Interrogatories - Set Two, dated January 4, 2024.

28. Defendant Michael Rose's Responses to Plaintiff A.R.H.'s Interrogatories - Set One, dated January 4, 2024.

29. Defendant City of North Las Vegas' Responses to Plaintiff's Requests for Production - Set Three, dated January 11, 2024.

30. Defendant City of North Las Vegas' Responses to Plaintiff's Interrogatories - Set Two, dated January 11, 2024

31. Defendant Eric Spannbauer's Responses to Plaintiff's Requests for Production - Set Two, dated January 16, 2024.

32. Defendant Eric Spannbauer's Responses to Plaintiff's Interrogatories - Set One, dated January 16, 2024.

33. Defendant City of North Las Vegas' Responses to Plaintiff's Requests for Admission - Set Three, dated February 20, 2024.

34. Defendant City of North Las Vegas' Responses to Plaintiff's Requests for Production - Set Four, dated February 20, 2024.

35. Defendant Michael Rose's Supplemental Responses to Plaintiff's Requests for Production - Set Two, dated February 20, 2024.

36. Defendant Michael Rose's Supplemental Responses to Plaintiff Andrea Hollingsworth's Interrogatories - Set Two, dated February 20, 2024.

37. Defendant Michael Rose's Supplemental Responses to Plaintiff A.R.H.'s Interrogatories - Set One, dated February 20, 2024.

38. Defendants' Request for Production of Documents to Plaintiffs – Set Two, dated February 21, 2024.

39. Defendants' Deposition of A.R.H., dated February 25, 2024.

40. Defendants' Deposition of A.D.H., dated February 25, 2024.

41. Defendant City of North Las Vegas' Responses to Plaintiff's Requests for Production - Set Five, dated March 7, 2024.

42. Defendants' Deposition of Latina Jones, dated March 8, 2024.

43. Defendants' Deposition of Andrea Hollingsworth (Part One), dated March 11, 2024.

44. Defendants' Deposition of Andrea Hollingsworth (Part Two), dated March 12, 2024.

**45. Defendant City of North Las Vegas' Supplemental Responses to Plaintiff's Requests for Production - Set Three, dated March 28, 2024.**

**46. Defendant City of North Las Vegas' Supplemental Responses to Plaintiffs' Interrogatories - Set Two, dated March 28, 2024.**

**47. Defendant Michael Rose's Supplemental Responses to Plaintiff's Requests for Production - Set Two, dated March 28, 2024.**

*48. Defendant Eric Spannbauer's Supplemental Responses to Plaintiff's Requests for Production - Set Two, dated March 28, 2024.*

**49. Defendant Michael Rose's Second Supplemental Responses to Plaintiff Andrea Hollingsworth's Interrogatories - Set Two, dated March 28, 2024.**

**50. Defendant Michael Rose's Second Supplemental Responses to Plaintiff A.R.H.'s Interrogatories - Set One, dated March 28, 2024.**

**51. Defendant Eric Spannbauer's Supplemental Responses to Plaintiff's Interrogatories - Set One, dated March 28, 2024.**

**52. Defendant City of North Las Vegas' Supplemental Responses to Plaintiff's Requests for Production - Set Five, dated April 3, 2024.**

## II. DISCOVERY THAT REMAINS TO BE COMPLETED.

The Parties' primary remaining discovery tasks include: (1) taking the depositions of CNLV's 30(b)(6) representative and NLVPD Officer Yolanda Saip, and finishing the deposition of Defendant Rose (**the parties are working on scheduling these depositions as soon as possible**); and (2) expert discovery, including taking expert depositions.[5]

## III. SPECIFIC DESCRIPTION OF WHY EXTENSION IS NECESSARY.

This is the ninth request for an extension of discovery deadlines in this matter. The Parties request that the Discovery Plan and Scheduling Order deadlines be extended an additional ninety (90) days so that the Parties may complete the tasks above. The Parties are aware that this case has been stayed and amended a number of times and do not request this extension lightly. The Parties together request this in good faith and to further the resolution of this complicated case on the merits, possible settlement and not for any purpose of delay.

The Parties acknowledge that, pursuant to Local Rule 26-3, a stipulation to extend a deadline set forth in a discovery plan must be submitted to the Court no later than twenty-one (21) days before the expiration of the subject deadline, and that a request made within twenty-one (21) days must be supported by a showing of good cause. Here, the Parties contend that good cause exists to extend these deadlines.

Following the stays, the Parties are continuing to actively work together on possible resolution, finishing discovery, and engaging in meet and confer efforts. However, an extension is needed to finalize discovery, which has largely been completed but the undersigned factors have complicated the ability to schedule remaining depositions.[6]

As the Court is aware, two of the counsel at McLetchie Law (who are also married) have had two deaths in their close family within the last six (6) months [7]. While they have

---

[5] Further resolution of some written discovery issues may be needed, and the Parties are working together on creative means of narrowing some of the factual issues in the case.

[6] Further, while the expert reports are nearly done, one of Plaintiffs' experts was sick (and the Parties wish to avoid supplementing, if possible).

[7] As noted in the parties' September 4, 2024, status report and request to continue the stay in this matter (ECF No. 115), as well as the previous motions to stay (ECF Nos. 109 and 113), Mr. Wolpert's father was diagnosed as terminally ill with ALS in 2023 and Mr. Wolpert was required to repeatedly travel to Tucson, Arizona to assist his parents until his father's death

10

been working diligently since to catch up (including on this case), much work is backed up, understandably. Further, Mr. Wolpert has been assisting his mother and Ms. McLetchie has been required to devote substantial time and effort to planning and attending her late mother's memorial services, and managing her late mother's estate.

McLetchie Law has recently hired another attorney and a paralegal to alleviate these burdens, but professional factors outside the control of the undersigned have also contributed to unanticipated burdens and challenges. For instance, in May 2024, Pieter O'Leary—who was involved in litigating this matter—left McLetchie Law. Then a law clerk/ associate worked heavily on the discovery in this matter and was expected to work intensively on the case following her leave to study for and take the day before her start date, suddenly announced she had taken another position.

Further, Leah Wiederhorn, who was actively involved in this case, left the National Association of the Deaf (NAD)in May 2024. This, in addition to the other matters detailed herein, has also negatively impacted Plaintiffs' counsel's ability to devote time to this matter. While Brittany Shrader of the NAD remains on the case to provide her expertise she has had unexpected significant professional and personal responsibilities. [8]

<u>Also, as referenced in ECF No. 115, counsel for Defendants has also had family obligations that require time out of the jurisdiction; those issues have become more serious and are expected to require more travel time in December.</u>[9]

---

on May 17, 2024. Since then, Mr. Wolpert has been required to repeatedly travel to Tucson to attend his father's funeral and assist his widowed mother with handling her late husband's estate and affairs. Ms. McLetchie's mother was diagnosed with esophageal cancer in 2023, and underwent surgery and several other medical procedures in winter and spring of 2024; this required Ms. McLetchie to devote substantial time to caring for her mother, including travel to Los Angeles where Ms. McLetchie's mother's surgery and recovery took place. Unfortunately, the cancer metastasized and Ms. McLetchie's mother passed away on July 28, 2024.

[8] At the pleasure of the Court, Ms. Schrader is willing to provide more information regarding these issues.

[9] At the pleasure of the Court, counsel for Defendants is willing to provide more information regarding his family obligations.

11

There is thus good cause for the extension for these reasons. "Good cause to extend a discovery deadline exists 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Derosa v. Blood Sys., Inc.*, No. 2:13-cv-0137-JCM-NJK, 2013 U.S. Dist. LEXIS 108235, 2013 WL 3975764, at 1 (D. Nev. Aug. 1, 2013) (quoting *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)); *see also* Fed. R. Civ. P. 1 (providing that the Rules of Civil Procedure "should be construed, administered, and employed by the court and the Parties to secure the just, speedy, and inexpensive determination of every action and proceeding"). The Parties have been diligent in litigating this matter. Thus, the standard to extend all deadlines is satisfied here.

Based on the foregoing, the Parties thus respectfully request an extension of time to extend the discovery in this matter to enable to them to conduct necessary discovery in this matter and so that this matter is fairly resolved on the merits. **The Parties will not seek a further extension of discovery deadlines.**

## IV.  PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DEADLINES

| Deadline | Current Deadline | Proposed New Deadline |
|---|---|---|
| Amend Pleadings and Add Parties | February 7, 2022 | unchanged |
| Initial Expert Disclosures | November 15, 2024 | **February 13, 2025** |
| Rebuttal Expert Disclosures | December 16, 2024 | **March 17, 2025**[10] |
| Discovery Cut-Off | January 17, 2025 | **April 17, 2025** |
| Dispositive Motions | February 17, 2025 | **May 19, 2025**[11] |
| Joint Pretrial Order | March 17, 2025 | **June 16, 2025**[12] **(If dispositive motions are filed, the deadline for shall be suspended until thirty (30) days after the decision of the dispositive motions or further order of the Court.)** |

---

[10] 90 days after December 16, 2024, is March 16, 2025, a Sunday.
[11] 90 days after February 17, 2025, is May 18, 2025, a Sunday.
[12] 90 days after March 17, 2025, is June 15, 2025, a Sunday.

Based on the foregoing stipulation and proposed deadlines plan, the Parties request that the Discovery Plan and Scheduling Order deadlines be extended an additional ninety (90) days so that the parties may conduct necessary discovery.

DATED December 6, 2024.

**MCLETCHIE LAW**

By: /s/ *Margaret A. McLetchie*
  MARGARET A. MCLETCHIE,
  Nevada Bar No. 10931
  LEO S. WOLPERT,
  Nevada Bar No. 12658
  **MCLETCHIE LAW**
  602 South Tenth Street
  Las Vegas, Nevada 89101
  Telephone: (702) 728-5300
  Fax: (702) 425-8220
  Email: maggie@nvlitigation.com

BRITTANY SHRADER (*pro hac vice*)
**NATIONAL ASSOCIATION OF THE DEAF**
8630 Fenton Street, Suite 820
Silver Spring, MD 20910-3819
Email: leah.wiederhorn@nad.org;
brittany.shrader@nad.org;
*Counsel for Plaintiffs Andrea Hollingsworth, A.R.H., and A.D.H.*

DATED December 6, 2024.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ *Robert W. Freeman*
  ROBERT W. FREEMAN
  Nevada Bar No. 3062
  Robert.Freeman@lewisbrisbois.com
  MATTHEW E. FREEMAN
  Nevada Bar No 14198
  Matt.Freeman@lewisbrisbois.com
  6385 S. Rainbow Blvd., Suite 600
  Las Vegas, Nevada 89118
  Telephone: (702) 893-3383
  Fax: (702) 893-3789
  *Attorneys for Defendants*

**ORDER**

No further extensions will be granted.

IT IS SO ORDERED.

Dated: December 9, 2024

_____
UNITED STATES MAGISTRATE JUDGE

13