## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| ANDREA HOLLINGSWORTH, an individual; A.R.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth; and A.D.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, Nevada, a Municipal Corporation; JACQUELINE GRAVATT, in her official capacity as Chief of the North Las Vegas Police Department; MICHAEL L. ROSE, an individual; ERIC SPANNBAUER, an individual; DOES I -X,<br><br>Defendants. | CASE NO. 2:21-cv-2230-CDS-NJK<br><br>**ORDER GRANTING**<br><br>**DEFENDANTS' MOTION TO REMOVE COUNSEL** |

COME NOW Defendants North Las Vegas Police Department Chief JACQUELINE GRAVATT, and Officers MICHAEL L. ROSE, and ERIC SPANNBAUER ("Defendants"), by and through their counsel of record, the law firm of LEWIS BRISBOIS BISGAARD & SMITH, LLP, request that the Court remove Frank A. Toddre, II, Esq. as counsel of record for JACQUELINE GRAVATT, MICHAEL L. ROSE, and ERIC SPANNBAUER, as he is no longer

///

///

162452022.1

with the firm. It is therefore requested that the Clerk of the Court remove Mr. Toddre's name from CM/ECF as counsel for the above listed defendants so that he no longer receives electronic service of materials filed in this case.

DATED this 4th day of September, 2025.

                                   LEWIS BRISBOIS BISGAARD & SMITH LLP

                                   /s/ Robert W. Freeman
                                   ROBERT W. FREEMAN
                                   Nevada Bar No. 3062
                                   E. MATTHEW FREEMAN
                                   Nevada Bar No. 14198
                                   6385 S. Rainbow Blvd, Suite 600
                                   Las Vegas, Nevada 89118
                                   *Attorney for Defendants*

**IT IS SO ORDERED.**
Dated: September 5, 2025

_____
Nancy J. Koppe
United States Magistrate Judge