ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

ANDREA HOLLINGSWORTH, an individual; A.R.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth; and A.D.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth,

Plaintiffs

vs.

CITY OF NORTH LAS VEGAS, Nevada, a Municipal Corporation; JACQUELINE GRAVATT, in her official capacity as Chief of the North Las Vegas Police Department; MICHAEL L. ROSE, an individual; ERIC SPANNBAUER, an individual; DOES I -X,

Defendants

CASE NO. 2:21-cv-2230-CDS-NJK

**Order Approving Extension of Stay**

[ECF No. 130]

COME NOW Defendants the City of North Las Vegas, North Las Vegas Police Department Chief JACQUELINE GRAVATT, and Officers MICHAEL L. ROSE, and ERIC SPANNBAUER ("Defendants"), by and through their counsel, Robert W. Freeman, Esq., and E. Matthew Freeman, Esq., of LEWIS BRISBOIS BISGAARD & SMITH, LLP, and Plaintiffs ANDREA HOLLINGSWORTH, A.R.H., and A.D.H. ("Plaintiffs"), by and through their counsel, Margaret A. McLetchie, Esq., and Leo S. Wolpert, Esq., of MCLETCHIE LAW, and Brittany Shrader, Esq., of the NATIONAL ASSOCIATION OF THE DEAF (hereinafter "the Parties"),

163925669.1

and hereby submit their Joint Status Report pursuant to ECF No. 127.

A private mediation was held on August 21, 2025, with the Honorable Nancy Saitta. Significant progress was made at the formal Mediation and further progress continues to be made with the Mediator informally. Justice Saitta continues to believe that a settlement can be reached and requests that the stay be extended for an additional thirty (30) days.

In light of the above, the Parties request the case be stayed for an additional thirty [30] days up to and including October 29, 2025. The Parties will provide the Court with a status report regarding the status of the ongoing mediation efforts on or before October 29, 2025.

Dated this 29th day of September, 2025.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Robert W. Freeman
ROBERT W. FREEMAN
Nevada Bar No. 3062
E. MATTHEW FREEMAN
Nevada Bar No 14198
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendants*

Dated this 29th day of September, 2025.

MCLETCHIE LAW

/s/ Margaret A. McLetchie
MARGARET A. MCLETCHIE
Nevada Bar No. 10931
LEO S. WOLPERT
Nevada Bar No. 12658
602 South Tenth Street
Las Vegas, Nevada 89101

BRITTANY SHRADER
NATIONAL ASSOCIATION OF THE DEAF
8630 Fenton Street, Suite 820
Silver Spring, MD 20910-3819
*Admitted Pro Hac Vice*
*Attorneys for Plaintiffs*

Based on the parties' joint request, this matter remains stayed an additional thirty days, up to and including October 29, 2025. The parties must provide a joint status report addressing mediation on that same date.

_____
UNITED STATES DISTRICT JUDGE
Dated: October 2, 2025