ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| ANDREA HOLLINGSWORTH, an individual; A.R.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth; and A.D.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth,<br><br>Plaintiffs<br><br>v.<br><br>CITY OF NORTH LAS VEGAS, Nevada, a Municipal Corporation; JACQUELINE GRAVATT, in her official capacity as Chief of the North Las Vegas Police Department; MICHAEL L. ROSE, an individual; ERIC SPANNBAUER, an individual; DOES I -X,<br><br>Defendants | CASE NO. 2:21-cv-2230-CDS-NJK<br><br>**Order Approving Extension of the Stay re: JOINT STATUS REPORT REGARDING MEDIATION**<br><br>[ECF No. 132] |

COME NOW Defendants the City of North Las Vegas, North Las Vegas Police Department Chief JACQUELINE GRAVATT, and Officers MICHAEL L. ROSE, and ERIC SPANNBAUER ("Defendants"), by and through their counsel, Robert W. Freeman, Esq., and E. Matthew Freeman, Esq., of LEWIS BRISBOIS BISGAARD & SMITH, LLP, and Plaintiffs ANDREA HOLLINGSWORTH, A.R.H., and A.D.H. ("Plaintiffs"), by and through their counsel, Margaret A. McLetchie, Esq., and Leo S. Wolpert, Esq., of MCLETCHIE LAW, and Brittany Shrader, Esq., of the NATIONAL ASSOCIATION OF THE DEAF (hereinafter "the Parties"),

165940562.1

1. and hereby submit their Joint Status Report pursuant to ECF No. 127.

2. As previously reported to the Court, a private mediation was held on August 21, 2025, with the Honorable Nancy Saitta. Significant progress was made at the formal Mediation, and further progress continues to be made with the Mediator informally. Justice Saitta confirmed that she will provide a Mediator Proposal to the Parties today, October 29, 2025. Thereafter, undersigned counsel will need time to discuss the Proposal with his clients, including the City of North Las Vegas which acts on these matters through its City Council. Because of this, the Parties request that the stay be extended for an additional thirty (30) days. The Parties are aware that they have asked for this relief before and reassert that this request is made in the good faith belief that the case can be resolved without the necessity of further litigation. This good faith belief is based upon our separate and confidential communications with Justice Saitta.

The Parties request the case be stayed for an additional thirty [30] days up to and including December 1, 2025. The Parties will provide the Court with a status report regarding the status of the ongoing mediation efforts on or before December 1, 2025.

Dated this 29th day of October, 2025.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Robert W. Freeman
ROBERT W. FREEMAN
Nevada Bar No. 3062
E. MATTHEW FREEMAN
Nevada Bar No 14198
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendants*

Dated this 29th day of October, 2025.

MCLETCHIE LAW

/s/ Margaret A. McLetchie
MARGARET A. MCLETCHIE
Nevada Bar No. 10931
LEO S. WOLPERT
Nevada Bar No. 12658
602 South Tenth Street
Las Vegas, Nevada 89101

BRITTANY SHRADER
NATIONAL ASSOCIATION OF THE DEAF
8630 Fenton Street, Suite 820
Silver Spring, MD 20910-3819
*Admitted Pro Hac Vice*
*Attorneys for Plaintiffs*

## ORDER

Based on the parties' latest request, this matter is stayed an additional thirty days, up to and including December 1, 2025. The parties must provide a joint status report addressing their ongoing mediation efforts on or before December 1, 2025.

Dated: November 18, 2025

_____
UNITED STATES DISTRICT JUDGE