# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Andrea Hollingsworth, | Case No. 2:21-cv-02230-CDS-NJK |
| Plaintiff | **Order Directing Parties to File a Dismissal or a Joint Status Report** |
| v. | |
| City of North Las Vegas, et al., | |
| Defendants | |

In December 2025, the parties filed a notice indicating that they reached a settlement. Notice, ECF No. 134. Because the notice provided no timeline for dismissal, I ordered the parties to file a stipulation of dismissal or a joint status report addressing settlement by February 2, 2026. Min. order, ECF No. 135. That deadline passed without the parties filing a stipulation, a joint status report, or otherwise responding.

It is therefore ordered that a stipulation of dismissal, or a joint status report addressing settlement, must be filed by February 13, 2026.

Dated:  February 6, 2026

_____
Cristina D. Silva
United States District Judge