ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| ANDREA HOLLINGSWORTH, an individual; A.R.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth; and A.D.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth,<br><br>Plaintiff<br><br>v.<br><br>CITY OF NORTH LAS VEGAS, Nevada, a Municipal Corporation; JACQUELINE GRAVATT, in her official capacity as Chief of the North Las Vegas Police Department; MICHAEL L. ROSE, an individual; ERIC SPANNBAUER, an individual; DOES I -X,<br><br>Defendants | Case No. 2:21-cv-2230-CDS-NJK<br><br>**Order Approving Joint Status Report Extending the Stay**<br><br>[ECF No. 137] |

COME NOW Defendants the City of North Las Vegas, North Las Vegas Police Department Chief JACQUELINE GRAVATT, and Officers MICHAEL L. ROSE, and ERIC SPANNBAUER ("Defendants"), by and through their counsel, Robert W. Freeman, Esq., and E. Matthew Freeman, Esq., of LEWIS BRISBOIS BISGAARD & SMITH, LLP, and Plaintiffs ANDREA HOLLINGSWORTH, A.R.H., and A.D.H. ("Plaintiffs"), by and through their counsel, Margaret A. McLetchie, Esq., and Leo S. Wolpert, Esq., of MCLETCHIE LAW, and Brittany Shrader, Esq., of the NATIONAL ASSOCIATION OF THE DEAF (hereinafter "the Parties"),

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

171368465.1

and hereby submit their Joint Status Report pursuant to ECF No. 135.

As previously reported to the Court, this matter was settled on December 2, 2025, through private mediation. While this was not included in the Parties' Notice of Settlement (ECF No. 134), Defendants contend the Settlement is contingent on approval from the City of North Las Vegas City Council.  Defendants represent that the matter will be on the February 18, 2026, City Council agenda. Plaintiffs have received no information as to why, if City Council approval is needed, Defendants did not seek to place this on an earlier agenda, as the City Council met on February 4, 206, January 21, 2026, and December 17, 2026---i.e., three times since the Notice of Settlement was submitted.[1]

…

…

…

…

…

…

…

…

…

…

…

…

…

…

…

…

---

[1] Https://cityofnorthlasvegas.primegov.com/public/portal

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

171368465.1                                        2

In light of the above, the Parties request an additional thirty days up to and including March 3, 2026 to finalize the settlement and submit the stipulation for dismissal to the Court.

Dated this 13th day of February, 2026.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Robert W. Freeman
ROBERT W. FREEMAN
Nevada Bar No. 3062
E. MATTHEW FREEMAN
Nevada Bar No 14198
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendants*

Dated this 13th day of February, 2026.

MCLETCHIE LAW

/s/ Margaret A. McLetchie
MARGARET A. MCLETCHIE
Nevada Bar No. 10931
LEO S. WOLPERT
Nevada Bar No. 12658
602 South Tenth Street
Las Vegas, Nevada 89101

BRITTANY SHRADER
NATIONAL ASSOCIATION OF THE DEAF
8630 Fenton Street, Suite 820
Silver Spring, MD 20910-3819
*Admitted Pro Hac Vice*
*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: February 17, 2026