MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: efile@nvlitigation.com

BRITTANY SHRADER (*pro hac vice*)
**NATIONAL ASSOCIATION OF THE DEAF**
8630 Fenton Street, Suite 820
Silver Spring, MD 20910-3819
Email: brittany.shrader@nad.org
*Counsel for Plaintiffs Andrea Hollingsworth, A.R.H., and A.D.H.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA HOLLINGSWORTH, an individual; A.R.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth; and A.D.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth,<br><br>Plaintiffs<br><br>v.<br><br>CITY OF NORTH LAS VEGAS, Nevada, a Municipal Corporation; JACQUELINE GRAVATT, in her official capacity as Chief of the North Las Vegas Police Department; MICHAEL L. ROSE, an individual; ERIC SPANNBAUER, an individual; DOES I – X,<br><br>Defendants | **Case No.:** 2:21-cv-02230-CDS-NJK<br><br>**Order Approving Joint Status Report Request to Extend Deadlines**<br><br>[ECF No. 139] |

Plaintiffs, by and through their attorneys of record, McLetchie Law and the National Association of the Deaf, hereby give notice to this Honorable Court that the City of North Las Vegas City Council approved the settlement in this matter on February 18, 2026. Plaintiffs will submit a motion to this Court by March 6, 2026, for the approval of the portion

ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

of the settlement relating to the settlement of the clams of A.R.H. and A.D.H., both minors, pursuant to *Robidoux v. Rosengren*, 638 F.3d 1177 (9th Cir. 2011).

While ECF No. 138 set March 3, 2026, as the deadline for a stipulation for dismissal pursuant submitted by the Parties, that stipulation will be submitted promptly following the Court's approval of the settlement.

Dated this 3rd day of March, 2026.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Robert W. Freeman*
ROBERT W. FREEMAN
Nevada Bar No. 3062
E. MATTHEW FREEMAN
Nevada Bar No 14198
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendants*

Dated this 3rd day of March, 2026.

MCLETCHIE LAW

*/s/ Margaret A. McLetchie*
MARGARET A. MCLETCHIE
Nevada Bar No. 10931
LEO S. WOLPERT
Nevada Bar No. 12658
602 South Tenth Street
Las Vegas, Nevada 89101

BRITTANY SHRADER
NATIONAL ASSOCIATION OF THE DEAF
8630 Fenton Street, Suite 820
Silver Spring, MD 20910-3819
*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: March 4, 2026

2