ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| ANDREA HOLLINGSWORTH, an individual; A.R.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth; and A.D.H., a minor by and through her legal guardian and/or parent, Andrea Hollingsworth,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, Nevada, a Municipal Corporation; JACQUELINE GRAVATT, in her official capacity as Chief of the North Las Vegas Police Department; MICHAEL L. ROSE, an individual; ERIC SPANNBAUER, an individual; DOES I -X,<br><br>Defendants. | CASE NO. 2:21-cv-2230-CDS-NJK<br><br>**STIPULATION     FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED between City of North Las Vegas, North Las Vegas Police Department Chief JACQUELINE GRAVATT, and Officers MICHAEL L. ROSE, and ERIC SPANNBAUER ("Defendants"), by and through their counsel, Robert W. Freeman, Esq., and E. Matthew Freeman, Esq., of LEWIS BRISBOIS BISGAARD & SMITH, LLP, and Plaintiffs ANDREA HOLLINGSWORTH, A.R.H., and A.D.H. ("Plaintiffs"), by and through their counsel, Margaret A. McLetchie, Esq., and Leo S. Wolpert, Esq., of MCLETCHIE LAW, and Brittany Shrader, Esq., of the NATIONAL ASSOCIATION OF THE DEAF (hereinafter "the Parties"), that all of Plaintiffs' claims and causes of action against Defendants in

LEWIS
BRISBOIS

173288873.1

the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

Dated this 4th day of May, 2026.

Dated this 4th day of May, 2026.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/

ROBERT W. FREEMAN
Nevada Bar No. 3062
E. MATTHEW FREEMAN
Nevada Bar No 14198
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendants*

MCLETCHIE LAW

/s/

MARGARET A. MCLETCHIE
Nevada Bar No. 10931
LEO S. WOLPERT
Nevada Bar No. 12658
602 South Tenth Street
Las Vegas, Nevada 89101

BRITTANY SHRADER
NATIONAL ASSOCIATION OF THE DEAF
8630 Fenton Street, Suite 820
Silver Spring, MD 20910-3819
*Admitted Pro Hac Vice*
*Attorneys for Plaintiffs*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE
Dated: May 5, 2026

LEWIS BRISBOIS