UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Andrea Hollingsworth,

                    Plaintiff

v.

City of North Las Vegas, et al.,

                    Defendants

Case No. 2:21-cv-02230-CDS-NJK

**Order Granting Plaintiff's Motion to Extend Time to File Proof of Deposit**

[ECF No. 147]

Plaintiff Andrea Hollingsworth moves for a thirty-day extension of time to file proof that the minors' compromised settlement funds have been deposited into trust accounts established for the benefit of A.R.H. and A.D.H. Mot., ECF No. 147. Hollingsworth's counsel avers that Commonwealth Community Trust requires copies of the minors' social security cards before the funds can be deposited into the trust accounts, and the minors currently do not have copies of their social security card. *Id.* at 2; McLetchie decl., ECF No. 147-1. However, Hollingsworth is in the process of obtaining replacement cards. *Id.*

I find that Hollingsworth's request for an extension is made in good faith and not solely for the purpose of delay, and that there is good cause to grant the requested extension. It is therefore ordered that the motion to extend time **[ECF No. 147] is GRANTED** nunc pro tunc to May 30, 2026. Hollingsworth has until June 30, 2026, to provide proof that the minors' compromised settlement funds have been deposited into trust accounts established for the benefit of A.R.H. and A.D.H.

Dated: June 3, 2026

_____
Cristina D. Silva
United States District Judge