UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Andrea Hollingsworth, et al., | Case No. 2:21-cv-02230-CDS-NJK |
| Plaintiffs | **Order Granting Plaintiff's Motion to Extend Time to File Proof of Deposit** |
| v. | |
| City of North Las Vegas, et al., | [ECF No. 149] |
| Defendants | |

Plaintiff Andrea Hollingsworth moves for another thirty-day extension of time to file proof that the minors' compromised settlement funds have been deposited into trust accounts established for the benefit of A.R.H. and A.D.H. Mot., ECF No. 149.[1] Hollingsworth's counsel states that the minors' social security cards and documentation was provided to Commonwealth Community Trust and "funding should be imminent." *Id.* at 2.

Although Hollingsworth merely proffers an unintentional oversight as cause for the untimely filing, the length of the delay—one day—weighs in favor of a finding of excusable neglect. *See Bateman v. U.S. Postal Serv.*, 231 F.3d 1220, 1225 (9th Cir. 2000). Because there is no danger of prejudice and counsel acted in good faith, I find counsel's late filing was the result of excusable neglect and find good cause to permit the extension of time.

It is therefore ordered that the plaintiffs' motion to extend time **[ECF No. 149] is GRANTED** nunc pro tunc. Hollingsworth has until July 30, 2026, to provide proof that the minors' compromised settlement funds have been deposited into trust accounts established for the benefit of A.R.H. and A.D.H.

Dated: July 6, 2026

_____
Cristina D. Silva
United States District Judge

---

[1] Responses to the plaintiffs' motion are due July 15, 2026, however, I do not require a response to render a decision on the motion to extend time.